# EXHIBIT 8

The Wayback Machine - https://web.archive.org/web/20230809104543/https://www.ice.gov/factsheets/prote…

 An official website of the United States government

| | |
|---|---|
| 🏛 **The .gov means it's official.** Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site. |  **The site is secure.** The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely. |

🌐 En Español    📱 Contact Us    🔗 Quick Links

 U.S. Immigration and Customs Enforcement

Search

Call **1-866-DHS-2-ICE**          Report Crime

**ICE**     **FACT SHEETS**

Protected Areas and Courthouse Arrests

AUGUST 8, 2023

# Protected Areas Enforcement Actions

The Department of Homeland Security (DHS) issued a memorandum — _Guidelines for Enforcement Actions In or Near Protected Areas_ — instructing officers to refrain from taking enforcement actions at or near locations or protected areas in October 2021. This policy is part of DHS's effort to avoid restricting people's access to essential services or engagement in essential activities.

# Protected Areas

Protected areas are locations that provide essential services or activities. When determining if a location is a protected area, DHS considers the activities that take place there, the importance of those activities to the well-being of people and the communities of which they are a part and the impact an enforcement action would have on people's willingness to be in the protected area and receive or engage in the essential services or activities that occur there. It is a determination that requires the exercise of judgment.

Examples of protected areas include, but are not limited to:

- Schools;
- Medical or mental healthcare facilities;
- Places of worship or religious studies;
- Places where children gather;
- Social services establishments;
- Places where disaster or emergency response/relief is provided;
- Places where funerals, graveside ceremonies, rosaries, weddings, or other religious or civil ceremonies or observances occur; and
- Places where there are ongoing parades, demonstrations, or rallies.

# Enforcement Actions Within the Scope of the Protected Areas Memorandum

Enforcement actions that are within the scope of this guidance include, but are not limited to, such actions as arrests, civil apprehensions, searches, inspections, seizures, the service of charging documents or subpoenas, interviews and immigration enforcement surveillance.

# Exceptions and Limitations on Scope

There might be limited circumstances under which an enforcement action needs to be taken in or near a protected area. The following are some examples of such limited circumstances:

- The enforcement action involves a national security threat;
- There is an imminent risk of death, violence, or physical harm to a person;
- The enforcement action involves the hot pursuit of an individual who poses a public safety threat;
- The enforcement action involves the hot pursuit of a personally observed border crosser;
- There is an imminent risk that evidence material to a criminal case will be destroyed; or
- A safe alternative location — a location deemed safe for DHS personnel, the subject of the enforcement action, and the public — does not exist.

The memorandum does not limit ICE's or employee's statutory authority, and DHS does not tolerate violations of law in or near a protected area.

Absent exigent circumstances, DHS officers and agents must seek prior approval from their agency's headquarters or an authorized delegate before taking an enforcement action in or near a protected area. To the fullest extent possible, any enforcement actions in or near a protected area should be taken in a non-public area, outside of public view, and to eliminate or minimize the chance that the enforcement action will prevent people from accessing the protected area.

If DHS officers and agents take enforcement actions that are believed to be in violation of the protected areas policy, a complaint may be filed through one of the following channels:

**ICE**
(888) 351-4024
ERO.INFO@ice.dhs.gov
Website

**CBP**
(877) 227-5511
Website

**Office of the Inspector General**
(800) 323-8603
Website

**DHS Office for Civil Rights and Civil Liberties**
(866) 644-8360
CRCLCompliance@hq.dhs.gov

# Courthouses

Courthouses do not fall under ICE policies concerning enforcement actions in or near protected areas. To clarify policy on civil immigration enforcement actions related to courthouses, in April 2021, ICE and CBP jointly issued a memorandum — *Civil Immigration Enforcement Actions In or Near Courthouses*.

The *Civil Immigration Enforcement Actions In or Near Courthouses* provides ICE and CBP officers with guidance as to when and how civil immigration law enforcement action can be executed in or near a courthouse so as not to unnecessarily impinge upon the core principle of preserving access to justice.

To uphold the rule of law, DHS ensures that courthouses are open to all people — regardless of citizenship. As a result, this memorandum provides guidance on when and how civil immigration law enforcement actions may be executed in or near a courthouse.

This memorandum does not apply to criminal immigration enforcement actions. A courthouse includes any municipal, county, state, federal, tribal, or territorial courthouse, including immigration courts. "Near" the courthouse means in the close vicinity of the courthouse, including the entrance and exit of a courthouse, and in adjoining or related areas such as an adjacent parking lot or transportation point (such as a bus stop right outside a courthouse). It does not include adjacent buildings or houses that are not part of the courthouse or otherwise are not used for court-related business.

# When Enforcement Actions May Be Taken

Civil immigration law enforcement actions at courthouses will only be executed in limited circumstances against public safety threats. Namely, civil immigration enforcement actions may be taken in or near courthouses if:

- It involves a national security threat;
- There is imminent risk of death, violence, or physical harm to any person;
- It involves the pursuit of an individual who poses a threat to public safety; and
- There is an imminent risk of destruction of evidence material to a criminal case.

In the absence of a hot pursuit, a civil immigration enforcement action may be taken in or near a courthouse against individuals who pose threats to public safety if:

- It is necessary to act in or near the courthouse because a safe alternative location does not exist or would be too difficult to achieve the enforcement action at such a location; or
- The action has been approved in advance by a Field Office Director, Special Agent in Charge, Chief Patrol Agent, or Port Director approval in advance of the enforcement action

# Enforcement and Removal

### 287(g)

**Delegation of Immigration Authority Section 287(g) Immigration and Nationality Act**
Allows a state and local law enforcement entity to enter into a partnership with ICE, under a joint MOA to receive delegated authority.

**Updated Facts on ICE's 287(g) Program**
In 2009, ICE revised the 287(g) delegated authority program.

### Detention Oversight

**Family Residential Standards**
ERO opened the Berks Family Residential Center to accommodate noncitizen families in ICE custody.

**South Texas Family Residential Center**

The South Texas Family Residential Center (STFRC) is located in Dilley, TX.

**Enforcement and Removal Operations**

**Case examples: ICE operations targeting criminal noncitizens**
Data captured from July 13 to Aug. 20, 2020, shows that ICE officers arrested more than 2,000 at-large individuals living illegally in the U.S.

**ICE Air Operations**
IAO is ICE's primary air transportation division.

**ICE Detention Standards**
ICE continuously revises its detention standards as needed.

**Locating Individuals in Detention**
ODLS allows family members, legal representatives, and members of the public to locate individuals who are detained by ICE.

**Migrant Protection Protocols (MPP)**
These memorandums provide guidance to U.S. Immigration and Customs Enforcement about its role in the implementation of the MPP.

**Parole of Arriving Aliens Found to Have Credible Fear of Persecution or Torture**
Noncitizens who arrive in the US at a POE and are found to have a credible fear of persecution or torture will automatically be considered for parole.

**Protected Areas and Courthouse Arrests**
This policy is part of DHS's effort to avoid restricting people's access to essential services or engagement in essential activities.

**Using a Victim-Centered Approach with Noncitizen Crime Victims**
Q&A: Using a Victim-Centered Approach with Noncitizen Crime Victims

# Homeland Security Investigations

**Financial Crimes/Cornerstone**

**Operation Firewall**

Targets the full array of methods used to smuggle bulk cash.

**Human Smuggling & Trafficking Unit**

**"Operation In Plain Sight" - Targeting Arizona Smuggling Organizations**

'Operation In Plain Sight', named as such because of the brazen nature of the transportation companies' activities

**DHS Blue Campaign**

ICE continues to enhance its TIP Strategy and plays a key role in DHS's anti-human trafficking initiative, the Blue Campaign.

**Human Trafficking and Smuggling**

The US is a destination country for thousands of men, women, and children trafficked from all areas of the world.

**Labor Exploitation**

**Form I-9 Inspection**

The Immigration Reform and Control Act designates the I-9 form as the means of verifying identity and employment eligibility.

**Law Enforcement Officer Mission Support**

**Immigration and Customs Enforcement Pattern Analysis and Information Collection System (ICEPIC)**

ICEPIC helps to identify suspicious identities and discovers possible non-obvious relationships among individuals and organizations.

## National Intellectual Property Rights (IPR) Coordination Center

### Homeland Security Investigations at Super Bowl LV
HSI personnel will be on the front lines of the interagency effort to mitigate the threat posed by criminal organizations seeking to exploit and profit from criminal activity conducted in and around the Super Bowl - from the identification and seizure of counterfeit goods to enhanced efforts to counter human trafficking.

### Intellectual Property Right Theft Enforcement Teams
IPTETs build on the investigative best practices identified by the IPR Center

### National Intellectual Property Rights Coordination Center
The IPR Center stops predatory and unfair trade practices that threaten the global economy.

### Operation Apothecary
Combats pharmaceutical smuggling

### Operation Guardian
Combats the importation of substandard tainted, and counterfeit products that pose health and safety risks to consumers

### Operation In Our Sites
The IPR Center and its partner agencies aggressively pursue those who steal from American businesses and workers.

### Operation Pangea
Uses enforcement actions to raise awareness of the dangers posed by counterfeit medicines and medical devices being sold on the Internet

### Outreach & Training
IPR Center's Outreach & Training Unit engages in partnerships to combat IP theft through it's Operation Joint Venture initiative

### Tracing the Counterfeit Shoe Market
Despite international efforts to stop counterfeiting, a lack of consumer knowledge and the increase of online shopping gives crooks more ways than ever to dupe unsuspecting individuals out of jobs, profits and the health and safety of their families.

## National Security

### Counter-Proliferation Investigations

Notable ICE Counter-Proliferation Investigations Cases

### Terrorism-Related Threats and ICE's Authority

Success Stories – ICE uses Immigration and Customs Authorities to Address National Security threats.

## Operation Predator

### Operation Predator - Targeting child exploitation and sexual crimes

Each year, millions of children fall prey to sexual predators.

## Smuggling - Arms, Contraband, Cultural Artifacts

### Cultural Property, Art and Antiquities (CPAA) Investigations

ICE works with experts to authenticate items, determine their true ownership and return them to their countries of origin.

### ICE Shadow Wolves

A tactical patrol unit based on the Tohono O'odham Nation in southern Arizona

### In-Bond Merchandise Diversion Smuggling

In-bond smuggling occurs when someone knowingly avoids paying lawful customs charges or duties on imported or exported merchandise.

### World War II Cultural Property Cases

Stolen art, looted antiquities, fraudulently acquired artifacts – these are the little known casualties of war.

## Student Exchange and Visitor Program

### F and M Student Record Termination Reasons in SEVIS

This job aid is a quick-reference for termination reasons noted in SEVIS.

## Management and Administration

**Chief Financial Officer - Management and Budget**

**Budget - Fiscal Year 2005**
Budget - Fiscal Year 2005

**Budget - Fiscal Year 2006**
Budget - Fiscal Year 2006

**Budget - Fiscal Year 2007**
Budget - Fiscal Year 2007

**Budget - Fiscal Year 2008**
Budget - Fiscal Year 2008

**Budget - Fiscal Year 2009**
Budget - Fiscal Year 2009

**Budget - Fiscal Year 2010**
ICE's Fiscal Year 2010 budget figures in key categories

**ICE Fiscal Year (FY) 2011 Enacted Budget**
ICE Fiscal Year (FY) 2011 Enacted Budget

**ICE Fiscal Year (FY) 2012 Enacted Budget**
ICE Fiscal Year (FY) 2012 Enacted Budget

**Office of Human Capital - Careers**

**Student Volunteer Program**
The Student Volunteer Program offers unpaid, professional training opportunities to undergraduate and graduate college students.

Updated: 08/08/2023

| ADDRESS | RELATED INFORMATION | CONTACT US |
|---|---|---|
| 📍 500 12th St SW Washington, DC 20536 | Enforcement and Removal Operations | General Information |
| 📱 Report Crimes: Call 1-866-DHS-2-ICE | | ICE Field Offices |
| | | HSI International Offices |
| | | Media Inquiries |
| | | Community Relations |
| | | Small Business |

About Us　　Immigration Enforcement　　Combating Transnational Crime　　Newsroom



### ICE Contact Center
Report suspicious activity: 1-866-DHS-2-ICE



ICE.gov

**An official website of the U.S. Department of Homeland Security**

| | | |
|---|---|---|
| About ICE | Archive | The White House |
| Accessibility | No FEAR Act Data | DHS Components |
| FOIA Requests | Site Links | USA.gov |
| Privacy Policy | Performance Reports | |
| DHS.gov | Inspector General | |

