# EXHIBIT 9



# Immigration Enforcement at Sensitive Locations

*April 18, 2022*

Fiscal Year 2020 Report to Congress



*U.S. Immigration and Customs Enforcement*

# Message from the Acting Director

April 18, 2022

I am pleased to present the following report, "Immigration Enforcement at Sensitive Locations," which has been prepared by U.S. Immigration and Customs Enforcement (ICE).

This report was compiled pursuant to direction in House Report 116-180 and Senate Report 116-125, which accompany the Fiscal Year 2020 Department of Homeland Security Appropriations Act (P.L. 116-93).



Pursuant to congressional guidelines, this report is being provided to the following Members of Congress:

    The Honorable Lucille Roybal-Allard
    Chairwoman, House Appropriations Subcommittee on Homeland Security

    The Honorable Chuck Fleischmann
    Ranking Member, House Appropriations Subcommittee on Homeland Security

    The Honorable Chris Murphy
    Chair, Senate Appropriations Subcommittee on Homeland Security

    The Honorable Shelley Moore Capito
    Ranking Member, Senate Appropriations Subcommittee on Homeland Security

Inquiries related to this report may be directed to the ICE Office of Congressional Relations at (202) 732-4200.

    Sincerely,



    Tae D. Johnson
    Acting Director
    U.S. Immigration and Customs Enforcement



# Immigration Enforcement at Sensitive Locations

# Table of Contents

I. Legislative Language ................................................................................................1

II. Background ...............................................................................................................2
    A. Enforcement Actions Near Sensitive Locations ..................................................2
    B. Enforcement Actions Against Victims and Witnesses ........................................3

III. Analysis/Discussion ..................................................................................................5
    A. Enforcement Actions Inside Courthouses............................................................5
    B. ICE-wide Training ...............................................................................................5
    C. ERO Officer Training ..........................................................................................5
    D. Special Agent Training ........................................................................................5
    E. Steps Taken by ICE .............................................................................................6

Appendices .........................................................................................................................7
    Appendix A:  Abbreviations.........................................................................................7
    Appendix B:  ICE Policy No. 10029.2, Enforcement Actions at or Focused on Sensitive
        Locations ..............................................................................................................8
    Appendix C:  ICE Directive 11072.1, Civil Immigration Enforcement Actions Inside
        Courthouses ........................................................................................................11
    Appendix D:  ICE Policy No. 10076.1, Prosecutorial Discretion:  Certain Victims,
        Witnesses, and Plaintiffs ....................................................................................15
    Appendix E:  ICE Policy No. 10036.1, Interim Guidance Relating to Officer Procedure
        Following Enactment of VAWA 2005................................................................18
    Appendix F: DHS Directive No. 002-02, Implementation of Section 1367 Information
        Provisions ...........................................................................................................23
    Appendix G:  Implementation of Section 1367 Information Provisions .........................27
    Appendix H:  Guidelines for Enforcement Actions In or Near Protected Areas ...........43
    Appendix I:  Arrests at Sensitive Locations ................................................................48
        1. List of U.S. Immigration and Customs Enforcement (ICE) Enforcement and
           Removal Operations (ERO) Arrests at Sensitive Locations from October 1, 2018,
           through October 31, 2020 ..................................................................................48
        2. List of ICE Homeland Security Investigations Arrests at Sensitive Locations
           October 1, 2017, through October 31, 2020 ......................................................49

# I.  Legislative Language

This report was compiled in response to direction in House Report 116-180 and Senate Report 116-125, which accompany the Fiscal Year 2020 Department of Homeland Security (DHS) Appropriations Act (P.L. 116-93).

House Report 116-180 states:

> *Immigration Enforcement at Sensitive Locations.*—Further, within 180 days of the date of enactment of this Act, ICE is directed, in collaboration with other DHS entities as needed, to provide a public report on enforcement actions at sensitive locations since October 1, 2017. The report shall include the total number of enforcement actions at sensitive locations, broken down by field office; type of sensitive location; whether prior approval was given; what type of exigent circumstances existed, if any; and the number of non-targeted individuals who were also apprehended. It should also contain information on the number of enforcement actions occurring at courthouses and bus stops[1] for each field office, including the number of individuals apprehended at each location, broken down by targeted and non-targeted individuals.

Senate Report 116-125 states:

> *Training.*—The Committee directs ICE to provide its officers with guidance and training for engaging with victims of crime and witnesses of crime and to clarify policy guidance on enforcement actions in or near sensitive locations, including courthouses, in order to minimize any effect that immigration enforcement may have on the willingness and ability of victims and witnesses to pursue justice. The Committee directs ICE not later than 180 days after the date of enactment of this act to report on steps taken to minimize the effect immigration enforcement activity has on victims of crime and witnesses of crime and to provide monthly notifications to the Committee on enforcement actions that take place in or near sensitive locations, including courthouses.

---

[1] U.S. Immigration and Customs Enforcement's (ICE) Sensitive Locations policy does not include bus stops or courthouses, and as such, ICE is unable to report on this information. Please see Policy Memorandum 10029.2, *Enforcement Actions at or Focused on Sensitive Locations* (Appendix B), for additional information.

## II.   Background

ICE law enforcement personnel put their lives on the line every day to protect our Nation and to secure its borders.  The safety of the ICE workforce, those encountered during their duties, and the public, is paramount.  Although ICE policy generally discourages enforcement action focused on sensitive locations, in the complex environment of law enforcement, such an enforcement action may be necessary in certain rare instances.

### A.   Enforcement Actions Near Sensitive Locations

On October 24, 2011, ICE issued Policy Memorandum 10029.2, *Enforcement Actions at or Focused on Sensitive Locations* (Appendix B).  While this memorandum was superseded on October 27, 2021, by the *Guidelines for Enforcement Actions in or Near Protected Areas* issued by Secretary Mayorkas, it was in effect during the review period.  ICE Policy 10029.2 provided that enforcement actions at or focused on sensitive locations, such as schools, hospitals, and places of worship, may have taken place only when prior approval was obtained from an appropriate supervisory official; when other law enforcement actions had led officers to a sensitive location; or when exigent circumstances necessitated immediate action without supervisory approval.  Additionally, ICE seeks to mitigate any potential enforcement impacts on sensitive locations; however, in many urban settings, a sensitive location may exist within the general vicinity of a planned enforcement action (e.g., a place of worship located on the same block as an apartment complex where a suspect resides), although such enforcement actions are not focused on the sensitive location itself.  Because of this operational reality, while ICE is able to report on the extremely limited number of enforcement actions that occur at sensitive locations, it is not feasible to track every enforcement action that may occur anywhere in the vicinity of a sensitive location.  In 2018, ICE Enforcement and Removal Operations (ERO) created a mechanism to record enforcement actions that were likely to take place at or near a sensitive location.  This record is used for internal tracking purposes only and is not considered a system of record.

In ICE's system of record, a landmark location is captured for each arrest.  Landmark locations are predetermined sites within each area of responsibility and are managed (and named) by the individual ERO offices.  Officers choose the site nearest a landmark location to where the arrest occurred.  In many cases, these are local jails or police stations.  In some instances, they are counties.  The office conducting the arrest chooses the location that works best for it operationally and loads the information into the Enforcement Integrated Database Arrest Guide for Law Enforcement administrative portal.  ICE also may capture the actual address of where an arrest was made (street, city, and zip code) but this is not mandatory.  Until recently, ICE has not tracked individual sensitive location statistics in databases.  Nothing in the system designates a landmark or an address as a "sensitive location," making it difficult to generate statistics for these types of arrests.

ICE also notes that courthouses and bus stops were not considered sensitive locations under agency policy during FY 2020, and as a result, ICE's system does not track such arrests.  On

2

April 27, 2021, ICE and U.S. Customs and Border Protection (CBP) jointly issued interim guidance on conducting enforcement actions in or near courthouses entitled, *Civil Immigration Enforcement Actions in or near Courthouses*.  This interim guidance supersedes and revokes ICE Directive 11072.1, *Civil Immigration Enforcement Actions Inside Courthouses* (Appendix C), issued on January 10, 2018.  The interim guidance applies to any civil immigration enforcement action in or near a courthouse that involves an enforcement encounter between ICE or CBP personnel and an individual in or near the courthouse.  The interim guidance balances the importance of preserving access to courts and the fair administration of justice with legitimate civil immigration enforcement interests.

## B.   Enforcement Actions Against Victims and Witnesses

ICE has several policies in place that govern the exercise of prosecutorial discretion with regard to victims and witnesses of crimes, as well as to family members and friends who may be accompanying a target of a planned enforcement action to a courthouse.  To avoid deterring individuals from reporting crimes or pursuing actions to assert their civil and other legal rights, ICE officers, special agents, and attorneys are required to exercise all appropriate discretion on a case-by-case basis when making detention and enforcement decisions in the cases of victims of crime, witnesses to crime, and individuals pursuing legitimate civil rights complaints.  ICE Policy No. 10076.1, *Prosecutorial Discretion: Certain Victims, Witnesses, and Plaintiffs* (June 17, 2011) (Appendix D).

Furthermore, ICE Directive 11072.1 states that noncitizens encountered during a civil immigration enforcement action inside a courthouse, such as family members or friends accompanying the target noncitizen to court appearances or serving as a witness in a proceeding, will not be subject to civil immigration enforcement action, absent special circumstances—such as where the individual poses a threat to public safety or interferes with ICE's planned enforcement actions.  As is the case with all law enforcement, ICE officers and agents are trained to evaluate complex enforcement decisions and to consider the facts of each individual case when determining appropriate action.

Although Title 8 of U.S. Code (U.S.C.) § 1229(e) does not prohibit arrests of noncitizens at sensitive locations or courthouses, noncitizens arrested and issued notices to appear at locations specified in 8 U.S.C. § 1229(e)(2)[2] must be treated with extra care.  First, the officer is required to certify the enforcement action's compliance with the restrictions in 8 U.S.C. § 1367, given that noncitizens at certain locations identified in 8 U.S.C. § 1229(e)(2) may be crime victims endowed with certain rights and ultimately could benefit from immigration benefits specific to noncitizen crime victims.  ICE adheres to DHS Directive 002-02, Revision No. 00.1, "Implementation of Section 1367 Information Provisions" (issued November 7, 2013; revised April 29, 2019), and its accompanying DHS Instruction 002-02-001, Revision No. 00.1, "Implementation of Section 1367 Information Provisions" (issued November 7, 2013; revised May 28, 2019), which require DHS employees to complete a certification of compliance with the restrictions on disclosure in 8 U.S.C. § 1367.

---

[2] Locations specified in 8 U.S.C. 1229(e)(2) include domestic violence shelters, victim services providers, and courthouses if the noncitizen is appearing in connection with a protection order case, child custody case, or another case relating to domestic violence, sexual assault, trafficking, etc.

3

Additionally, ICE Policy 10036.1, *Interim Guidance Relating to Officer Procedure Following Enactment of VAWA [Violence Against Women Act] 2005* (January 22, 2007) (Appendix E) includes guidance on enforcement actions against noncitizen crime victims at courthouses when the noncitizen is appearing in connection with a protection order case, child custody case, or other civil or criminal case relating to domestic violence, sexual assault, human trafficking, or stalking in which the noncitizen has been battered or subject to extreme cruelty, or if the noncitizen may be eligible for T or U nonimmigrant status.

Please see Appendix F for a list of ICE ERO arrests at sensitive locations from October 1, 2018, through October 31, 2020, and a list of ICE Homeland Security Investigations (HSI) arrests from October 1, 2017, through August 21, 2020.

4

## Appendix I: Arrests at Sensitive Locations

1.  **List of U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Arrests at Sensitive Locations from October 1, 2018, through October 31, 2020[3]**

| Type | Date | Sensitive Location | City | State | Field Office | Circumstances if Exigent |
|---|---|---|---|---|---|---|
| Exigent | 10/1/2018 | At School | Raleigh | NC | Atlanta | ICE officers or agents subsequently were led to a sensitive location. |
| Exigent | 4/24/2019 | At School | Pleasanton | TX | San Antonio | ICE officers or agents subsequently were led to a sensitive location. |
| Planned[4] | 7/8/2019 | Near Place of Worship | Los Angeles | CA | Los Angeles | N/A |
| Planned | 7/8/2019 | Near Place of Worship | Denver | CA | Denver | N/A |
| Planned | 7/9/2019 | Near School | Bell Gardens | CA | Los Angeles | N/A |
| Planned | 7/9/2019 | Near School | South Gate | CA | Los Angeles | N/A |
| Planned | 7/9/2019 | Near School | El Monte | CA | Los Angeles | N/A |
| Planned | 7/25/2019 | Near School | Moreno Valley | CA | Los Angeles | N/A |
| Planned | 8/29/2019 | Near School | Panorama City | CA | Los Angeles | N/A |
| Planned | 9/21/2019 | Near Place of Worship | Pasadena | CA | Los Angeles | N/A |
| Planned | 9/23/2019 | Near School | Los Angeles | CA | Los Angeles | N/A |
| Planned | 9/25/2019 | Near School | Pico Rivera | CA | Los Angeles | N/A |
| Planned | 10/27/2019 | Near School | Los Angeles | CA | Los Angeles | N/A |
| Planned | 11/26/2019 | Near School | Garden grove | CA | Los Angeles | N/A |

---

[3] In October 2018, ERO created a mechanism to record enforcement actions manually that were likely to take place at or near a sensitive location. This record is used for internal tracking purposes only and is not considered a system of record. Data for 2017 and earlier are not available.

[4] Planned operations are anticipated operations that may or may not have been executed.

| Type | Date | Sensitive Location | City | State | Field Office | Circumstances if Exigent |
|---|---|---|---|---|---|---|
| Planned | 12/30/2019 | Near Place of Worship | Los Angeles | CA | Los Angeles | N/A |
| Planned | 1/16/2020 | Near School | Carson | CA | Los Angeles | N/A |
| Planned | 1/26/2020 | Near Place of Worship | Los Angeles | CA | Los Angeles | N/A |
| Planned | 1/27/2020 | Near School | Hawthorne | CA | Los Angeles | N/A |
| Planned | 2/3/2020 | Near School | Los Angeles | CA | Los Angeles | N/A |
| Planned | 2/5/2020 | Near School | Albuquerque | NM | El Paso | N/A |
| Planned | 2/25/2020 | Near Place of Worship | Los Angeles | CA | Los Angeles | N/A |
| Planned | 2/25/2020 | Near Place of Worship | Bell Gardens | CA | Los Angeles | N/A |
| Planned | 2/28/2020 | Near School | Los Angeles | CA | Los Angeles | N/A |
| Planned | 3/5/2020 | Near School | Paramount | CA | Los Angeles | N/A |
| Planned | 3/16/2020 | Near School | Bell Gardens | CA | Los Angeles | N/A |
| Planned | 5/8/2020 | Near Place of Worship | Los Angeles | CA | Los Angeles | N/A |
| Exigent | 7/8/2020 | Near School | Washington | DC | Baltimore | ICE officers or agents subsequently were led to a sensitive location. |
| Planned | 7/21/2020 | Near School | Gillette | WY | Denver | N/A |
| Planned | 7/27/2020 | Near Place of Worship | Midland | TX | El Paso | N/A |

2. **List of ICE Homeland Security Investigations Arrests at Sensitive Locations October 1, 2017, through October 31, 2020**

| Type | Date | Sensitive Location | City | State | Description of Noncitizen | Description of Action |
|---|---|---|---|---|---|---|
| Planned | 10/13/2017 | Church | Scranton | PA | U.S. citizen | Search Warrant |
| Planned | 10/24/2017 | University | High Point | NC | International Student | Administrative Arrest |

49

| Type | Date | Sensitive Location | City | State | Description of Noncitizen | Description of Action |
|---|---|---|---|---|---|---|
| Planned | 10/31/2017 | Church (Alleged Residence) | Cleveland | OH | N/A | Federal Search Warrant for Child Exploitation |
| Planned | 12/5/2017 | University | San Marcos | TX | Child Pornography | Student |
| Planned | 12/18/2017 | Church | Walterboro | SC | U.S. citizen | State search and arrest warrants – Child Exploitation/Sexual Assault |
| Planned | 2/9/2018 | University | Saratoga Springs | NY | U.S. citizen | Conduct Interviews |
| Planned- | 2/13/2018 | School | Tarpon Springs | FL | Student (Citizenship Unknown) | Interview – Child Exploitation |
| Planned | 2/13/2018 | School | Wesley Chapel | FL | Employee (Citizenship Unknown) | Consent search of computer – Child Exploitation |
| Planned | 2/16/2018 | School | Stevenson | MD | Juvenile | Interview for Document and Benefit Fraud Task Force Investigation |
| Planned | 3/7/2018 | School | Starkville | MS | NA | Federal Search Warrant – Immigration Fraud |
| Planned | 3/29/2018 | Hospital | Washington | DC | Adult | Arrest for Possession of Child Pornography |
| Planned | 4/10/2018 | University | West Liberty | WV | Student | Administrative Arrest |
| Planned | 4/25/2018 | Technical Community College (School) | Pittsburgh | PA | Naturalized U.S. citizen | Conduct interviews |
| Planned | 6/7/2018 | Hospital | Salt Lake City | UT | N/A | Federal Search Warrant for Identification Theft and Illegal Hiring of Noncitizens |
| Planned | 8/1/2018 | Licensed family childcare home | Honolulu | HI | Owner (Citizenship unknown) | Search Warrant – Child Exploitation |
| Planned | 8/22/2018 | Church | Boise | ID | Noncitizen | Criminal Search Warrant – Federal Smuggling/ Counterfeit Offenses |
| Exigent | 10/23/2018 | Church | Olathe | KS | Citizen and national of Nigeria | Administrative Arrest |
| Planned | 11/7/2018 | Church | Starkville | MS | Lawful Permanent Resident (LPR) from Mexico | Federal Search Warrant – Financial Fraud |
| Planned | 11/29/2018 | School | Cooperstown | NY | U.S. citizen | Search Warrant |

50

| Type | Date | Sensitive Location | City | State | Description of Noncitizen | Description of Action |
|---|---|---|---|---|---|---|
| Planned | 1/16/2019 | University | Edwardsville | IL | N/A | Search Warrant – U.S. export laws |
| Planned | 2/25/2019 | Islamic Center | Pittsburg | PA | Iraqi citizen | Conduct interviews |
| Planned | 3/12/2019 | High School | Woodbury | MN | N/A | Federal Search Warrant – Threats, Murder for Hire |
| Exigent | 5/30/2019 | High School | Pittsburgh | PA | U.S. citizen | Conduct interviews |
| Planned | 10/23/2019 | Learning Center | San Diego | CA | N/A | Wire/Mail Fraud |
| Planned | 10/28/2019 | High School | | KS | N/A | Seizure of electronic devices – child exploitation |
| Planned | 12/5/2019 | University | Pittsburgh | PA | Student | Conduct Interviews |
| Planned | 1/14/2020 | School | Grand Island | NE | Student | Criminal Search Warrant – Child Exploitation |
| Planned | 1/29/2020 | Church | Van Nuys | CA | Pastor | Criminal Search Warrant – Visa/Marriage Fraud |
| Planned | 1/29/2020 | Church | Van Nuys | CA | Pastor | Visa/Marriage Fraud |
| Planned | 2/5/2020 | Courthouse | Central Islip | NY | Bloods Gang Member – U.S. citizen | Criminal Arrest Warrant – Federal Narcotics and Firearms Offenses |
| Planned | 3/3/2020 | Day Care | Gilroy | CA | N/A | Search Warrant related to Child Pornography |
| Planned | 3/6/2020 | University | Buffalo | NY | Student | Conduct interviews |
| Planned | 3/6/2020 | University | High Point | NC | F-1 Student - Chinese National - Visa canceled for drug conviction | Admin Arrest after F-1 Visa canceled |
| Planned | 3/10/2020 | School | Anza | CA | Faculty and Staff of School | Criminal Search Warrant – Visa Fraud/Labor Trafficking |
| Planned | 3/10/2020 | School | Anza | CA | Visa Fraud, Labor Trafficking | Criminal Search Warrant – Visa Fraud/Labor Trafficking |
| Planned | 4/24/2020 | School | Pasadena | CA | Visa Fraud | Planned |
| Planned | 6/4/2020 | Iowa National Guard (recruitment office) | Mount Pleasant | IA | N/A | Planned – Iowa National Guard (recruitment office) |
| Planned | 8/6/2020 | Church | Denison | TX | N/A | Search Warrant |
| Planned | 8/21/2020 | Church | Denison | TX | N/A | Search Warrant |