# EXHIBIT 11

Case No. 1:25-cv-00474-DDD-KAS   Document 1-11   filed 02/12/25   USDC Colorado   pg 1 of 2

Case No. 1:25-cv-00474-DDD-KAS   Document 1-11   filed 02/12/25   USDC Colorado
pg 2 of 2
Case 8:25-cv-00243-TDC   Document 28-44   Filed 02/05/25   Page 2 of 2

PYM-000574



**U.S. Department of Homeland Security**
Washington, DC 20528

January 20, 2025

| | |
|---|---|
| MEMORANDUM FOR: | Caleb Vitello<br>Acting Director<br>U.S. Immigration and Customs Enforcement |
| | Pete R. Flores<br>Senior Official Performing the Duties of the Commissioner<br>U.S. Customs and Border Protection |
| FROM: | Benjamine C. Huffman<br>Acting Secretary |
| SUBJECT: | Enforcement Actions in or Near Protected Areas |

This memorandum addresses Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) enforcement actions in or near areas that the Department of Homeland Security (DHS) previously determined require special protection. It is effective immediately. This memorandum supersedes and rescinds Alejandro Mayorkas's October 27, 2021 memorandum entitled, Guidelines for Enforcement Actions in or Near Protected Areas.

Our brave men and women in uniform put their lives on the line every day to advance the rule of law and keep our people safe. As part of that work, officers frequently apply enforcement discretion to balance a variety of interests, including the degree to which any law enforcement action occurs in a sensitive location.

Going forward, law enforcement officers should continue to use that discretion along with a healthy dose of common sense. It is not necessary, however, for the head of the agency to create bright line rules regarding where our immigration laws are permitted to be enforced. The Director of ICE and the Commissioner of CBP may wish to issue further guidance to assist officers in exercising appropriate enforcement discretion.

This memorandum is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter.