# EXHIBIT 13



# ANNUAL DISTRICT REPORT

## Strategic Roadmap Update

2023-24

# Letter from the Superintendent



Dear Members of the DPS Community,

I am honored to share the 2023-24 District Annual Report. This report highlights the incredible achievements of our students and is a result of the tireless dedication of our incredible teachers, leaders, staff, students, parents and community members in pursuit of our mission of Every Learner Thrives.

This report serves as the second annual update to **DPS Thrives: A Strategic Roadmap to the Denver Public Schools Experience**. We are committed to achieving the goals and progress measures outlined here to ensure we are getting better at getting better and making meaningful progress toward our ultimate goal of accelerating the trajectory of our marginalized students.

Throughout the 2023-24 school year, we worked diligently to bring more alignment and coherence across the organization. We did that through directly aligning the Strategic Roadmap goals with the **Ends Statements** put forth to us by the Board of Education. The Ends Statements represent big picture, ambitious visions of what the Board of Education expects the district to achieve long-term. Each year, I develop Reasonable Interpretations to inform the Board of the progress we commit to achieving that school year in alignment with their Ends Statements. The 2024-25 Reasonable Interpretations will be submitted to and acknowledged by the Board of Education in October.



In order to be truly transparent, we have made some essential changes in this year's report. We have included disaggregated data for all student groups. We have also articulated ambitious targets for what we aim to achieve next year and beyond.

In order to accomplish these ambitious goals, we are laser-focused on our Strategic Roadmap goals and the key initiatives that we believe will truly improve the Student, Adult and System Experiences. This report outlines significant accomplishments and celebrations from the 2023-24 school year as well as the goals for continuing the trajectory in the 2024-25 school year in service of Every Learner Thrives.

This annual report captures our collective vision for our students, team members and community. Thank you for your continued support and collaboration as we get better at getting better, accelerate the trajectory of our most marginalized communities and ensure Every Learner Thrives.

In Collaboration,

Dr. Alex Marrero
Denver Public Schools Superintendent

**A Special Thank You to our DPS Board Members:**

**Dr. Carrie A. Olson**
President and Board Director, District 3

**Marlene De La Rosa**
Vice President and Board Director, District 5

**Kimberlee Sia**
Treasurer and Board Director, District 1

**John Youngquist**
Secretary and Board Director, At Large

**Scott Esserman**
Board Director, At Large

**Xóchitl Gaytán**
Board Director, District 2

**Michelle Quattlebaum**
Board Director, District 4

**Vision:**  # EVERY LEARNER THRIVES

## Mission:

Educational equity is our collective responsibility. We prepare students for career, college and life. We create conditions and partnerships where students, families and team members belong and thrive.

## Shared Core Values:

**Students First**          **Equity**          **Accountability**
**Integrity**          **Collaboration**          **Fun**

## Accelerating the Trajectory

 We have a collective responsibility to close the gap for our most underserved students.

# Where We Are Now

Below is a snapshot of our district's students, adults and system from 2023-24 and into the 2024-25 school year.

## Our Students

### 2023-24 Student Overview & Demographics

Over 88,000 students attended DPS in 2023-24

**Student Race/Ethnicity** **(All Students in the District)**



**51.8%**
Hispanic/Latinx

**5.1%**
Multiracial (two or more races)

**.5%**
American Indian

**25.4%**
White

**3.1%**
Asian

**13.2%**
Black/African American

**0.8%**
Pacific Islander

Students Eligible for Free and Reduced Price Lunch
**63.0%**

Students Receiving Gifted and Talented Services
**7.9%**

Students with Disabilities
**13.7%**

Students Experiencing Homelessness
**0.7%**

2

## Over 200 Languages are spoken by DPS students and families!

**The 12 Most Widely Spoken Languages are:**

English, Spanish, Arabic, Amharic, Vietnamese, Somali, French, Nepali, Dari, Tigrigna, Russian and Swahili.



**40.8%**
of Students Speak Another Language at Home (Multilingual Learners)



**25.8%**
of Multilingual Learners Currently Receive Services



**1,010+**
Seals of Billiteracy Earned in 2023



**4,500+**
New Arrival K-12 students welcomed during the 2023-24 school year

# Our Adults

## Over 17,000 adults support our DPS students and community.

**This includes charter school employees, seasonal coaches, guest/substitute teachers, etc. (Contractors are not included.)**

### Team Member Race/Ethnicity

| | All Employees | Teachers, School Leaders and Paraprofessionals | Shared Support Staff |
|---|---|---|---|
| White | 48.1% | 55.7% | 49.7% |
| Hispanic/Latinx | 37.4% | 31.6% | 33.5% |
| Black | 9.3% | 7.7% | 10.3% |
| Multiracial (two or more races) | 2.7% | 2.6% | 2.9% |
| Asian | 2.0% | 2.1% | 2.7% |
| Native American or Alaskan Native | 0.5% | 0.3% | 0.8% |
| Native Hawaiian or Other Pacific Islander | 0.1% | 0.1% | 0.1% |

*Rounding may cause % to not equal 100%. Unknown and withheld race and ethnicity is not included.*

3