# EXHIBIT 15

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

DENVER PUBLIC SCHOOLS

  Plaintiff,

v.

KRISTI NOEM, Secretary of the United States
Department of Homeland Security; CALEB
VITELLO, Acting Director of Immigration
and Customs Enforcement; DEPARTMENT
OF HOMELAND SECURITY, in their official
capacities; and IMMIGRATION AND CUSTOMS
ENFORCEMENT in their official capacities,

  Defendants.

---

## DECLARATION OF DR. ALEX MARRERO

---

  I, Alex Marrero, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

  1. I am the Superintendent of Denver Public Schools District ("DPS"). In my role as Superintendent, I am responsible for the overall leadership and strategic management of DPS and its mission. I work closely with the School Board of DPS and DPS personnel to identify, design, and implement district-wide goals and efforts to support and grow DPS's mission.

  2. DPS is the largest school public district in Colorado, with over 90,000 students currently enrolled in its 207 schools as of October 2024. DPS guarantees an education to any student located within its district boundaries and enrollment zones, regardless of that student's immigration status. DPS's mission is to prepare each and every one of its students for careers, college, and life by creating conditions where students and families belong and thrive.

3.      On or around January 21, 2025, I learned that the Department of Homeland Security ("DHS") had rescinded the Protected Areas Policy and that DHS and Immigration and Custom Enforcement ("ICE") or other federal agents would now be allowed to conduct immigration enforcement activities near, around, or on school premises, or in other areas where our students gather to access school (the "Rescission").

4.      Immediately upon the recission of the Protected Areas Policy and through today, DPS, as an organization and through its administrators, personnel, and school leadership, has had to expend a considerable amount of time, energy, and resources responding to the Rescission. Among other things, DPS has had to do the following as a result of the Rescission:

(a)      Receive and respond to reports and communications from the DPS community, including teachers, principals, administrators, and others worried about federal agents carrying out immigration enforcement activities on school premises.

(b)      Respond to and investigate reports of suspected DHS and ICE raids near schools. DPS's safety policies require investigation where there may be safety concern, and DPS therefore has had to expend a considerable amount of time and resources to investigate these reports to determine accuracy and whether there is any safety issue for students.

(c)      Create and distribute various guidance, training, and update materials for DPS administration, teachers, staff, personnel, and students, including but not limited to special editions of weekly communications to school leaders at DPS regarding government official presence at DPS buildings, the printing and distribution of "Rights Cards" in numerous languages to DPS schools, the creation of flyers regarding what to do if a government official arrives on school premises, and instructions and guidance materials for families to update emergency contacts.

(d)     Indeed, DPS implemented new procedures for school to confirm that every student has more than one emergency contact number so that if a student returns home from school and the parent or guardian is gone, the school can appropriately respond to the situation.

(e)     Modified the DPS attendance dashboard so that principals and teachers could track attendance based on immigration enforcement issues, which DPS personnel review and coordinate contact with parents of missing students to confirm whether absent students are safe.

(f)     Respond to staffing issues and other impacts created by teachers, substitutes, and support staff not going to school for fear of immigration activities on or near school premises.

(g)     Report to the DPS Board and coordinate with other City officials like the City Council and office of the Mayor to understand and react to reports of immigration raids in areas very near DPS schools, where DPS students and families live, and/or where DPS students gather to receive transportation to school, as well as responding to inquiries from the press and community.

(h)     Draft and distribute communications for DPS schools and families regarding immigration activities near and around schools. Because of the Recission, these communications to students, staff, and other stakeholders could not include language reassuring all that schools were areas protected from immigration enforcement activities.  At best, we can only tell our communities that no enforcement actions have happened yet on school grounds.

5.     Every day since January 21, 2025, these activities have taken me away from my normal activities and responsibilities as Superintendent of DPS.

6.      Since the Rescission, there has been a noticeable decrease in school attendance across all schools, but particularly those schools that are in an area where there is a large population of new-to-country families and where ICE raids have already been occurring.

7.      On February 5, 2025, I received reports, including from the principal of an elementary school ("School No. 1") and a member of the DPS Board, that an ICE raid had occurred at an apartment building that was close to School No. 1 and even closer to a DPS bus stop. I am also aware that DPS school bus drivers reported that the activities blocked their ability to pick up students in the area where they would normally collect students.

8.      For the entirety of the day, myself, and other DPS staff were consumed with responding to this raid. This included determining how to respond quickly to the impacts on DPS students and their fear, even while at school. For example, DPS established an Emergency Operations Center to monitor the situation and dispatched mental health and safety support teams to various schools.

9.      Personally, upon receiving the reports of the raid and confirming that others in the DPS administration had received similar reports, I immediately went to School No. 1, where I witnessed firsthand the impact of the raid on both attendance levels and the mental/psychological state of students, teachers, and administrators.  Indeed, when I visited School No. 1—a school whose enrollment grew noticeably after the influx of new-to-country students arriving in the area in 2024, and where the class I observed typically has 38 students present—there were only seven students in attendance. I also witnessed firsthand the emotional distress of students and teachers—people were visibly upset and anxious, and I heard reports of students directly impacted by the raid, including one student whose father had been detained by ICE and two student siblings who had both of their parents detained.  As to the latter report, DPS personnel

ended up coordinating with the Department of Human Services to ensure that the siblings would be put into the care of Human Services.

10.    From my observation, it was not possible for teachers or students to focus on education. Not only were people fearful following the raids, but they also did not have any guarantee that the next raid would not be at the school.

11.    After visiting School No. 1, I traveled to other DPS schools in the neighborhood. First, I went to a K-8 School in the area ("School No. 2"). When I arrived at School No. 2, I was dressed in a suit and witnessed some students respond fearfully. My understanding is that given my formal attire, they were worried that I was an immigration official. I visited with the staff, administration, and some students and parents at School No. 2, and was shown a video by one parent of the raid from earlier in the day. The video depicted officials in bulletproof attire banging loudly on apartment doors and demanding that the door be opened because the officials had a search warrant. One of the parents I attempted to engage with at School No. 2 abruptly ended our conversation and took her student to class. When she returned, I told her I would like to hear more about what she witnessed that morning and offered to give her a ride to work. She responded that she was scared and would take the bus instead. She then quickly walked away.

12.    Enrollment at School No. 2 was also down, and like with School No. 1, I observed significant levels of fear of a raid on the school amongst teachers, families, and students. This fear detracted from the learning environment.

13.    After visiting School No. 2, I traveled to the site of the raid. There, I saw government officials with uniforms that clearly identified them as ICE agents still occupying the premise. I spoke to a DPS Safety Officer who had been dispatched to the scene, I asked him to watch me as I approached some students and ICE agents. I could see the students were filming

and asked the students to go to school. I also spoke directly with one ICE agent. I informed him that there was a DPS bus stop being blocked due to the raid and asked if the students could be allowed to leave on the DPS busses. He flippantly responded that "anyone can go and come." As it pertains to the school busses, that was not true.

14.    I then traveled to another K-8 DPS school in the area ("School No. 3"), where I observed firsthand two classrooms that had a decline in attendance and received reports from school administration that four students had themselves been detained by ICE. I also witnessed the emotional stress and anxiety being felt by students, teachers, parents, and staff. For example, I witnessed many people who were visibly upset and crying. It also appeared that, as an unfamiliar face in a suit, my presence was causing additional stress. I even heard one student question whether I was "one of them?" I took that to mean an ICE Agent or other government official.

15.    As an organization, DPS was also consumed after the raids by responding to the needs of our community in this circumstance.

16.    Because of the Rescission, communication to students, staff, and other stakeholders has had to be revised to inform all that schools are no longer protected areas.

17.    While I believe that immigration raids are always disturbing for those involved or nearby, the Rescission has amplified the level of fear for DPS's students, families, teachers, and staff by removing schools as a safe space.

18.    I believe that if immigration raids or other immigration enforcement activities, like the one that occurred on February 5, 2025, were allowed to occur on or near school grounds, or at other locations where students gather in order to board transportation to schools, the result would be catastrophic for students and destructive of DPS's educational missions.

19.    I believe that if immigration raids or other immigration enforcement activities were allowed to occur on or near school grounds, all students, staff members, teachers, principals, and families for suffer not only from a disruption to education but would suffer mentally and physically.

20.    I believe that if the Protected Areas Policy is not put back into place immediately DPS will continue to spend significant amount of time and resources to activities other than DPS's educational mission.

Denver, Coloardo

February 10, 2025

Dr. Alex Marrero