# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security; CALEB VITELLO, Acting Director of Immigration and Customs Enforcement; DEPARTMENT OF HOMELAND SECURITY, in their official capacities; and IMMIGRATION AND CUSTOMS ENFORCEMENT in their official capacities,

    Defendants.

## DECLARATION OF JANET ESTRADA

I, Janet Estrada, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am the Principal an elementary school in Denver (the "School"). The School is within the Denver Public School District ("DPS"), and offers early childhood education through fifth grade.

2. I have been an educator and administrator at schools within DPS since 2008.

3. The School currently enrolls approximately 400 students. Over 270 of those students speak a language other than English. The School guarantees an education to any student located within its enrollment zone, regardless of that student's immigration status. The School is a culturally and linguistically diverse neighborhood school that prioritizes the social-emotional well-being of each of its students.

4. I am aware that the Department of Homeland Security ("DHS") has rescinded a policy that designated schools, including the School, as "protected areas," and that DHS and Immigration and Custom Enforcement ("ICE") or other federal agents are now subject to no meaningful oversight when conducting immigration enforcement activities near, around, or on school premises.

5. Because of the School's culturally diverse neighborhood and student population, students, faculty, and I fear that the School and other areas where our students gather in order to come to school may be a target of an immigration enforcement action.

6. This fear has contributed to a significant decline in attendance at the School, particularly among our multi-lingual students. In recent days, after immigration enforcement actions happened near the School, multi-lingual classrooms that generally have 29-35 students have been reduced to 7-12 students.

7. The decline in attendance is particularly disruptive at the current moment, as the School is conducting state-mandated ACCESS testing. The ACCESS test is given yearly to multi-lingual students to assess information about the progress that these students are making in learning English. Results of the ACCESS testing are extremely important for allocating School resources to better assist the School's multi-lingual students, and to determine funding priorities and amounts for the School moving forward.

8. My fear, and the fears of the School's students and staff, is reasonable. DHS, ICE, and federal agents have already targeted the family members of School students for immigration enforcement raids.

9. One such raid occurred on Wednesday, February 5, 2025 (the "February 5 Raid"). The February 5 Raid targeted an area within the School's enrollment zone.

10. The School maintains a communication platform, called DOJO, that allows parents to communicate with teachers and school administration. On February 5, parents of students sent numerous photos and messages showing that they were directly impacted by the February 5 Raid.

11. According to reports from DPS Transportation, immigration enforcement activities associated with the February 5 Raid occurred near a school-bus stop, and directly impeded school transportation. DPS mobilized personnel to the areas impacted by the February 5 Raid to ensure a DPS member would be on location to assist in the event that a student was returning to a home from which their parents or guardians had been removed by federal agents or were returning to an otherwise unsafe environment.

12. Throughout the day, I communicated directly with parents and family members of students who were impacted by the February 5 Raid, and significant School resources were expended in response.

13. I understand that, because of the recission of the Protected Areas Policy, there is no federal policy in place to prevent DHS, ICE, or other federal agents from initiating similar raids on or near School grounds. As a result, when students, teachers, and other staff come to me with fears or concerns about potential enforcement actions on or near School grounds, I can no longer tell them that such actions at or near the School are not allowed.

14. Upon the recission of the Protected Areas Policy and through today I have had to divert considerable time and resources from the School's education mission and reallocate them to ensuring student safety. These actions include, but are not limited to:

(a) Responding to reports and communications from teachers, families of students, and students worried about federal agents entering school premises to carry out immigration enforcement activities.

3

        (b)      Responding and investigating reports of suspected DHS and ICE raids near the School.

        (c)      Coordinating transportation procedures to ensure that students may access bus routes and return to their homes safely.

        (d)      Contacting parents, family members, and emergency contacts of the increased number of students who are unaccompanied at the end of the school day.

        (e)      Contacting and coordinating the contact of parents and family members of the increased number of students who are absent from the School to ensure student safety and well-being.

        (f)      Coordinate staffing coverages to account for the increased number of staff absences.

15.     Every day since January 21, 2025, and in particular on February 5, 2025, these activities have taken me away from my normal activities normally dedicated to the education of students and the School's mission.

16.     I believe that if immigration raids or other immigration enforcement activities, like the one that occurred on February 5, 2025, were allowed to occur on or near School grounds, or in other areas where our students gather, the result would be catastrophic for students and severely destructive to the School's educational missions.

17.     I believe that if immigration raids or other immigration enforcement activities were allowed to occur on or near the Schools grounds, all students, staff members, teachers, principals, and families suffer not only from a disruption to education but would suffer mentally and physically.

18. I believe that if the Protected Areas Policy is not put back into place immediately the School will continue to spend significant time and resources to activities other than the School's educational mission.

Denver, Coloardo
February 10, 2025

Janet Estrada

5