# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security; CALEB VITELLO, Acting Director of Immigration and Customs Enforcement; DEPARTMENT OF HOMELAND SECURITY, in their official capacities; and IMMIGRATION AND CUSTOMS ENFORCEMENT in their official capacities,

    Defendants.

## DECLARATION OF CHRISTINA SYLVESTER

I, Christina Sylvester, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am an Operational Service Director for Denver Public Schools ("DPS") since 2021. Prior to 2021, I was a middle school principal within DPS. In my role as Operational Service Director, I oversee 34 schools that are a part of DPS. In my role, I provide support to principals and other stakeholders to address challenges they may face with implementing and continuing DPS's educational goals to prepare each and every one of its students for careers, college, and life by creating conditions where students and families belong and thrive.

2. On or around January 21, 2025, I was made aware that the Department of Homeland Security ("DHS") had rescinded the Protected Areas Policy and that DHS and Immigration and Custom Enforcement ("ICE") or other federal agents would now be allowed to

conduct immigration enforcement activities near, around, or on school premises, or in other areas where our students gather.

3. Immediately upon the recission of the Protected Areas Policy and through today, I have had to expend a considerable amount of time and energy to numerous activities that were not necessary before its rescission.

4. For example, on January 22, 2025, numerous schools that I oversee began to reach out to me for clarification regarding what to do in light of the rescission of the Protected Areas Policy. The immediate panic from principals was what to do, and whether they were now going to be targeted with immigration enforcement activities, including immigration raids on campus. This was incredibly distressing.

5. On January 23, 2025, I began receiving reports from schools that I oversee that attendance was down at over 1/3rd of the schools I oversee. Many principals reported the decline in attendance was in part a result of parents being fearful to send students to school because of the rescission of the Protected Areas Policy.

6. Attendance is a criteria for all schools in DPS and each school has attendance goals. Therefore, there was confusion and chaos created when principals were unable to determine where students were and if they were safe.

7. The week of January 27, 2025, I had to deploy adult counselors to at least two different schools to address mental health crises with staff. Staff was fearful of immigration raids on campus and what to do if federal agents showed up at school. I did my best to reassure staff that I would do everything I could to help them, but the fear that armed agents would come to school and take students caused, and continues to cause, a significant amount of psychological harm to all within DPS.

8.   Since the rescission of the Protected Areas Policy I have fielded 1-2 reports daily of DHS or ICE agents being near or around schools. For example, at one school, there was a considerable amount of chaos because of a rumor that ICE entered the school and removed a student. At another school it was reported that students saw ICE agents in the neighborhood, leading to numerous panicked emails and phone calls from concerned individuals. Although these ended up being false reports, I am required by DPS safety policies to investigate these reports and I had to devote a significant amount of time and energy to investigating these reports and communicating with DPS students, staff, and families.

9.   On February 5, 2025, I was alerted to an ICE raid at an apartment building that was close to a DPS bus stop. I was informed by school bus drivers that the immigration enforcement activities blocked their ability to pick up students in the area where they gathered to board the school bus, and where the drivers they would normally collect students. School bus drivers also informed me that officials on the scene informed them it would take 4 hours for them to clear the area, so the busses left and students were unable to make it to school.

10.  All day on February 5, 2025, I was consumed with dealing with the fallout from this ICE raid, including, ensuring that students got to school safely, confirming attendance records with schools, and coordinating communications to DPS families regarding the raid. Once I communicated the activity from the day to my schools, there was an immediate influx of principals reaching out who wanted to know what to do if an ICE raid occurred on or near school grounds in a similar manner to the February 5, 2025 raid.

11.  I assisted with creating a completely new procedure to address the possibility that students in the area of the apartment raid would return from school to find their parent(s) or guardian(s) had been removed by federal agents. We identified 15 bus stops close to the raid and

made sure there was a DPS personnel—whether it be transportation supervisor, safe representative, or other family and community member—at each stop.

12. I also assisted with pulling emergency contact reports and ensuring that every student has an emergency contact and/or ensuring that the emergency contact is correct in case of further immigration enforcement activities near or on school grounds.

13. Because schools are no longer safe from immigration enforcement activities, I can no longer reassure the principals of the schools I oversee that enforcement will not occur on school grounds nor can I advise on under what grounds immigration enforcement activities could occur. This significantly hinders my ability to do my job and takes time and energy away from DPS's educational mission.

14. I believe that in immigration raids or other immigration enforcement activities, like the one that occurred on February 5, 2025, were allowed to occur on or near should grounds, there would be unfathomable harm to DPS's educational mission and result in even more students staying home from school.

15. I have seen firsthand the emotional distress the rescission of the Protected Areas Policy has caused. I believe DPS will be required to continue to spend time and resources tending to mental health crises caused by reasonable fears in our community that any day federal agents could show up at schools and take students or staff. This significantly detracts from DPS's educational goals.

16. I believe that if the Protected Areas Policy is not put back into place immediately, DPS will continue to spend a significant amount of time and resources to activities other than DPS's educational mission.

Denver, Coloardo
February 10, 2025

*Christina Sylvester* (signature)
Christina Sylvester