# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security; CALEB VITELLO, Acting Director of Immigration and Customs Enforcement; DEPARTMENT OF HOMELAND SECURITY, in their official capacities, and IMMIGRATION AND CUSTOMS ENFORCEMENT in their official capacities,

    Defendants.

---

## DECLARATION OF NADIA MADAN MORROW

---

I, Nadia Madan Morrow, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am the principal at a school in the Denver Public School District (DPS), which I have been a member of for over twenty-six years.

2. During my twenty-six years working with DPS, I have consistently relied on the Protected Areas Policy and have never had to worry about Immigration and Customs Enforcement (ICE) being present on school grounds.

3. On or around January 21, 2025, I understand that the Department of Homeland Security ("DHS") rescinded the Protected Areas Policy. DHS and ICE can now conduct immigration enforcement activities near, around, or on school premises.

4. In January 2025, I hosted several "Know Your Rights" seminars at school for students and parents. Before January 21, 2025, I had a large attendance of parents and students. However, after the recission of the Protected Area Policy, I hosted a couple more seminars with significantly less attendance. I believe fewer students and parents attended these seminars after January 21, 2025, because of fear of ICE officers being present on school property.

5. Since the rescission of the Protected Area Policy and through today, I and the school staff have had to dedicate a considerable amount of time and effort to numerous activities resulting from that recession, including, but not limited to, the following:

(a) Responding to parents of students who have expressed immense fear of allowing their children to attend school knowing that the Protected Area Policy no longer exists. Numerous parents have told me that they do not want to send their children to school in fear ICE officers would approach them. I can no longer assuage these fears by pointing to the Protected Area Policy.

(b) We are responding to the dramatic decrease in student attendance since the recession of the Protected Area Policy. Our attendance is fluctuating and operating much below normal levels. We have had days with attendance as low as 68%, which is at least 20% below normal. This drop in attendance requires teachers and staff to respond to the many absences and make direct calls to families to inquire about the reason for the student's absence, stressing the importance of attending school despite their fears.

(c) Responding to and investigating numerous new false reports of suspected DHS and ICE raids near schools. For example, in the first week of February, there were reports of ICE raids down the street from our school campus. We had to dedicate time to investigate the truth of the report, which turned out to be regular police activity.

(d) We continue to receive numerous reports that ICE is showing up near or at schools. With every report, we must investigate and determine the right course of action to keep our students safe.

6. On February 5, 2025, DHS and ICE conducted multiple immigration raids starting in the early morning. Students came to school telling teachers and staff that armored vehicles and ICE officers with machine guns were banging at their doors and blocking street traffic. Students were terrified that what they witnessed in various apartment complexes would occur in their classrooms.

7. On February 6, 2025, we noticed two planes circling over our school throughout the day, which caused our students to fear for their safety while playing on the playground at recess.

8. On February 6, 2025, the day after the ICE raids in Denver, we received many calls that parents did not feel safe sending their children to school.

9. February 5th and 6th were not normal days. Those days were spent consoling children and trying to make them feel safe at school, even though, as adults and teachers, we knew there was no legal protection against ICE showing up on school property. Teachers and staff, including myself, had to redirect our attention from educating students to comforting them and addressing their social-emotional needs.

10. If the Protected Areas Policy is not restored immediately, my school will continue to devote significant time and resources to activities other than our educational mission.

Denver, Colorado
February 10, 2025

*Nadia Madan Morrow*