# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security; CALEB VITELLO, Acting Director of Immigration and Customs Enforcement; DEPARTMENT OF HOMELAND SECURITY, in their official capacities; and IMMIGRATION AND CUSTOMS ENFORCEMENT in their official capacities,

    Defendants.

## DECLARATION OF LANEY SHALER

I, Laney Shaler, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am a Senior Advisor, Office of Schools employed with Denver Public Schools District ("DPS"). As my role as Senior Advisor, I am tasked with strategic management and implementation of DPS's mission. I work closely with DPS personnel to lead district-wide efforts to help ensure that everyone within DPS, from students to teachers, to parents, are able to fully participate in DPS's education mission.

2. Recently I have been tasked with being the Operations Manager to manage DPS's responses to any actions by the current federal government administration that may touch on or affect DPS and the schools within the DPS District.

3. DPS is the largest public school district in Colorado, with nearly 90,000 students currently enrolled in its 207 schools. DPS guarantees an education to any student located within its district boundaries and enrollment zones, regardless of that student's immigration status. DPS's mission is to prepare each and every one of its students for careers, college, and life by creating conditions where students and families belong and thrive.

4. On or around January 21, 2025, I was made aware that the Department of Homeland Security ("DHS") had rescinded the Protected Areas Policy and that DHS and Immigration and Customs Enforcement ("ICE") or other federal agents would now be allowed to conduct immigration enforcement activities near, around, or on school premises, or in other areas where our students gather in order to access school.

5. Immediately upon the recission of the Protected Areas Policy and through today, I have had to expend a considerable amount of time and energy on numerous activities caused by this recission, including, but not limited to, the following:

(a) Responding to reports and communications from teachers, principals, and families of students worried about federal agents entering school premises to carry out immigration enforcement activities.

(b) Responding and investigating reports of suspected DHS and ICE raids near schools. Pursuant to DPS safety policies, DPS is not allowed to ignore any reports where there may be a safety concern, and DPS has had to dedicate a considerable amount of time investigating each report to determine if the report is accurate or poses a safety issue for students.

(c) Working with our information technology team to create and update the DPS attendance dashboard for all schools within DPS so that principals and teachers could track attendance based on immigration enforcement issues.

2

(d) Coordinating and creating new procedures so that schools can confirm every student has more than one emergency contact number so that if a student returns home from school and the parent or guardian is gone, the school can appropriately respond to the situation.

(e) Creating new communications for DPS schools and families relating to immigration activities near and around schools. Because of the recission of the Protected Areas Policy, communication to students, staff, and other stakeholders could not include language reassuring all that schools were areas protected from immigration enforcement activities. At best, we can only tell our communities that no enforcement actions have happened yet on school grounds.

6. Every day since January 21, 2025, these activities have taken me away from my normal activities and responsibilities, which are normally dedicated to the education of students and DPS's mission.

7. Since the recission of the Protected Areas Policy, there has been a noticeable decrease in school attendance across all schools, but particularly those schools that are in an area where there are new-to-country families and where ICE raids have already been occurring.

8. On February 5, 2025, I was alerted to an ICE raid at an apartment building that was close to a DPS bus stop. DPS was informed by school bus drivers that the activities blocked their ability to pick up students in the area where they would normally collect students.

9. For the majority of the day, myself, and other DPS staff were consumed with responding to reports from students, teachers, principals, staff, and other persons relating to this raid, and had to respond quickly to the impacts on DPS students.

3

10. Because of the recission of the Protected Areas Policy, communication to students, staff, and other stakeholders has had to be revised to inform all that schools are no longer protected areas.

11. I believe that if immigration raids or other immigration enforcement activities, like the one that occurred on February 5, 2025, were allowed to occur on or near school grounds, or at other locations where students gather in order to board transportation to schools, the result would be catastrophic for students and destructive of DPS's educational missions.

12. I believe that if immigration raids or other immigration enforcement activities were allowed to occur on or near school grounds, students, staff members, teachers, principals, and families would suffer from a disruption to education.

13. I believe that if the Protected Areas Policy is not put back into place immediately DPS will continue to spend significant amount of time and resources to activities other than DPS's educational mission.

Denver, Colorado

February 11, 2025

_____
Laney Shaler

5