**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-474

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States
Department of Homeland Security; and DEPARTMENT
OF HOMELAND SECURITY, in their official
capacities,

    Defendants.

---

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

---

BEFORE THE COURT is the Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction ("Motion") filed by Plaintiff Denver Public Schools ("DPS"). Upon review of the Motion, Court finds good cause has been shown to grant a Temporary Restraining Order to prevent irreparable harm to DPS and temporarily restrain the rescindment of the Protected Areas Policy which previously prevented immigration enforcement actions at *inter alia* schools or in areas where students gather, absent exigent circumstances.

It is hereby:

ORDERED that Defendants Kristi Noem and the Department of Homeland Security (collectively, "DHS")—as well as any of its constituent agencies—are temporarily restrained from implementing, enforcing, acting pursuant to, or reinstating

1

under a different name the Department of Homeland Security's 2025 Policy regarding immigration enforcement actions in or near schools, or in areas where students gather—as announced in the January 21 Press Release quoting acting DHS secretary Benjamine Huffman;

ORDERED that Defendants are temporarily restrained from carrying out immigration enforcement operations at schools or places where students gather absent exigent circumstances; and

ORDERED that this Order shall apply to the maximum extent provided by Federal Rule of Civil Procedure 65(d).

ORDERED that the parties shall appear for a hearing on DPS's Motion for Preliminary Injunction on _____.

Dated: _____     BY THE COURT

_____
UNITED STATES DISTRICT COURT

- 2 -