**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-474

DENVER PUBLIC SCHOOLS

Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity, and DEPARTMENT OF HOMELAND SECURITY,

Defendants.

---

**MOTION FOR ENLARGEMENT OF PAGE LIMITATION FOR MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

---

Plaintiff Denver Public Schools ("DPS") respectfully requests that the Court enlarge the page limit for their Motion for Temporary Restraining Order and Preliminary Injunction ("TRO Motion"). As grounds for this Motion, DPS states as follows:

1. Concurrently herewith, on February 12, 2025, DPS filed its Complaint for Declaratory and Injunctive relief, seeking an order enjoining immigration enforcement activities on or near school grounds and vacating Defendants' new 2025 Policy as it applies to schools.

2. In connection with its Complaint, DPS is also filing the TRO Motion.

3. As is set forth more fully in the Complaint and TRO Motion, Defendants' decision to rescind the Protected Areas Policy, a version of which has been in place for over 30 years, was arbitrary and capricious, and therefore, violated the APA.

4. Furthermore, Defendants' actions have caused and will continue to cause serious and irreparable harm to DPS.

5. Pursuant to the practice standards adopted by the majority of the Article III judges for the District of Colorado, motions are generally limited to 15 pages.

6. While DPS is making every effort to be concise and efficient in its TRO Motion, given the importance and complexity of the issues, good cause exists for DPS's request for a supplemental 15 pages for its TRO Motion.

WHEREFORE, for the reasons set forth above, DPS requests that this Court enter an Order permitting DPS to file a TRO Motion not to exceed 30 pages in length (excluding the signature block).

Dated:  February 12, 2025

*s/ Emily L. Wasserman*

Tess Hand Bender, Esq.
Emily L. Wasserman, Esq,
Claire E. Mueller, Esq.
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO  80205
Telephone: 303.892.9400
Facsimile:   303.893.1379
tess.hand-bender@davisgraham.com
emily.wasserman@davisgraham.com
claire.mueller@davisgraham.com

*Attorneys for Plaintiff Denver Public Schools*