IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-474

DENVER PUBLIC SCHOOLS

Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity, and DEPARTMENT OF HOMELAND SECURITY,

Defendants.

## LOCAL RULE 65.1 CERTIFICATION OF COUNSEL

Pursuant to Local Rule 65.1(a)(1), I certify that I have provided actual notice of the time of filing the motion, and copies of all pleadings and documents filed in the action to date to opposing counsel by emailing copies of all such documents to Assistant United States Attorney Kevin Traskos contemporaneously with the filing of the Motion for Temporary Restraining Order and Preliminary Injunction.

Dated: February 12, 2025

        *s/ Emily L. Wasserman*

        Tess Hand-Bender, Esq.
        Emily L. Wasserman, Esq.
        Claire E. Mueller, Esq.
        DAVIS GRAHAM & STUBBS LLP
        3400 Walnut Street, Suite 700
        Denver, CO  80205
        Telephone: 303.892.9400
        Facsimile:  303.893.1379
        tess.hand-bender@davisgraham.com
        emily.wasserman@davisgraham.com
        claire.mueller@davisgraham.com

        *Attorneys for Plaintiff Denver Public Schools*