# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 25-474

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity, and DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

_____

**INFORMATION FOR TEMPORARY RESTRAINING ORDER**
_____

Attorney for Plaintiff:

Tess Hand-Bender, Esq.
Emily L. Wasserman, Esq.
Claire E. Mueller, Esq.
Davis Graham & Stubbs LLP
(303) 892.9400

Attorney for Defendant :

J. Bishop Grewell, Esq.
Kevin Traskos, Esq.
United States Attorney's Office
(303) 454.0100

Concise statement as to type of claim:

Plaintiff seeks to enjoin Defendants from rescinding the Protected Areas Policy because the Defendants' Policy doing so is arbitrary and capricious.

Jurisdiction (cite statute): 28 USC § 1331

1

Hearing:  See D.C.COLO.LCivR.7.1A

    Date Motion for Temporary Restraining Order filed: February 12, 2025

    Estimated length of hearing:  half day

    Request hearing be set for _____ today _____ tomorrow  X  within one week

    Reason why immediate action is: Plaintiff has suffered and will continue to suffer immediate and irreparable harm if Defendants' recission of the Protected Areas Policy that limited immigration enforcement activities at schools is not enjoined.

Notice:

    Has opposing party and/or attorney been notified?  X   Yes _____ No

    If "yes," state when:  February 12, 2025, at 6:30 pm and by what means:  email to Assistant United States Attorney, Kevin Traskos with complaint and motion.

    If "no," state reason _____