IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 25-cv-00474

DENVER PUBLIC SCHOOLS,

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security; and DEPARTMENT OF HOMELAND SECURITY, in their official capacities,

    Defendants.

## ORDER DIRECTING REASSIGNMENT

**Blackburn, J.**

This matter is before me on the **Plaintiff's Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction** [#2][1] filed February 12, 2025.  This case is an administrative appeal.  Under the local rules of the court, an AP judge manages an administrative appeal through briefing.  **D.C.COLO.LCivR** 40.1(d); **D.C.COLO.LAPR** 10.3.  Typically, once briefing is complete, the administrative appeal is returned to the clerk of the court to be drawn to a judge under D.C.COLO.LCiv.R 40.1.  The judge so drawn resolves the case on its merits.

I find the issues raised in the motion specified above to be sufficiently intertwined with the merits of the underlying controversy to suggest that the AP judge should refrain from resolving those issues to avoid binding the merits judge to a ruling which he or she may view differently.  Thus, I order that this case be randomly drawn to a merits judge.

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

The parties are reminded that this case continues to be regulated by the Local Rules of Practice of the United States District Court for the District of Colorado - AP Rules.

**THEREFORE, IT IS ORDERED** that the clerk shall assign this case to a judge for resolution on the merits under the random assignment procedure of D.C.COLO.LCiv.R 40.1.

Dated February 13, 2025, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge