## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00474

DENVER PUBLIC SCHOOLS

Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity, and DEPARTMENT OF HOMELAND SECURITY,

Defendants.

### ENTRY OF APPEARANCE OF CLAIRE E. MUELLER, ESQ.

TO:  THE COURT AND ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Claire E. Mueller, Esq. of the law firm of Davis Graham & Stubbs LLP hereby enters her appearance on behalf of Denver Public Schools.

Respectfully submitted this 13th of February 2025,

*s/ Claire E. Mueller*
Claire E. Mueller, Esq.
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO  80205
Telephone: 303.892.9400
Facsimile:   303.893.1379
claire.mueller@davisgraham.com

*Attorneys for Plaintiff Denver Public Schools*