## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 1:25-CV-00474-REB

Plaintiff:
**DENVER PUBLIC SCHOOLS**

vs.

Defendant:
**KRISTI NOEM, SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY and DEPARTMENT OF HOMELAND SECURITY**

For:
Emily Wasserman
Davis Graham & Stubbs LLP
3400 Walnut Street Suite 700
Denver, CO 80205

Received by Roland Process Svc & Investigations, LLC on the 13th day of February, 2025 at 1:18 pm to be served on **UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO, 1801 CALIFORNIA STREET SUITE 1600, DENVER, CO 80202**.

I, Tricia L. Otto, being duly sworn, depose and say that on the **14th day of February, 2025** at **12:48 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBITS, [PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION, MOTION FOR ENLARGEMENT OF PAGE LIMITATION FOR MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, LOCAL RULE 65.1 CERTIFICATION OF COUNSEL, NOTICE OF ELECTRONIC FILING and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **Isaiah Rio's** as **Administrative Assistant** for **UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: Hispanic, Height: 5'8", Weight: 210, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action and I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the 14th day of February, 2025 at Denver County, Colorado

Dated the 14th day of February, 2025

_____
**Tricia L. Otto**

**Roland Process Svc & Investigations, LLC
1660 S Albion Street, Suite 826
Denver, CO 80222
(720) 382-1882**

Our Job Serial Number: JDR-2025001428

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

