# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS,

    Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, and
DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To:    The Clerk of Court and all parties of record.

I certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for all Defendants.

Respectfully submitted on February 14, 2025.

    J. BISHOP GREWELL
    Acting United States Attorney

    s/ Nicholas A. Deuschle
    ***Nicholas A. Deuschle***
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: (303) 454-0100
    E-mail: Nick.Deuschle@usdoj.gov
    *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record, including:

Claire Eleanor Mueller, Esq.
Tess Hand-Bender, Esq.
Emily Lauren Wasserman, Esq.
*Counsel for Plaintiff*

                                                   s/Nicholas A. Deuschle
                                                   ***Nicholas A. Deuschle***
                                                   Assistant United States Attorney