# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS,

    Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, and
DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

## UNOPPOSED MOTION BY DEFENDANTS TO EXCEED WORD LIMITATION

Defendants file this unopposed motion seeking leave to exceed the Court's default word limitation for their response to "Plaintiff's Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction," Doc. 2 (the "TRO Motion"). Specifically, Defendants seek leave to file a response of up to 13,000 words to adequately address all legal issues raised by the TRO Motion. There is good cause for this motion, which is unopposed.

1. On February 12, 2025, Plaintiff Denver Public Schools ("DPS") filed this action seeking injunctive relief against the Department of Homeland Security ("DHS") related to recent changes in the agency's guidance to immigration officers about enforcement actions in or near schools. *See* Doc. 1 ¶¶ 11, 86. DPS's Complaint, including exhibits, is approximately 90 pages long. *See generally* Doc. 1.

2. DPS also filed its TRO Motion on February 12, 2025. *See* Doc. 2 at 1. The TRO Motion, including its five additional exhibits and proposed order, is 64 pages long, with

the legal brief totaling 30 pages and approximately 8,600 words. Along with the TRO Motion, DPS filed a motion seeking leave for a total of 30 pages for its TRO Motion.[1]  *See* Doc. 3 ¶ 6.

    3.     The Court has directed Defendants to file a response to the TRO Motion by February 21, 2025.  *See* Doc. 13.  Defendants anticipate filing a response that will address the statutory framework for the potential immigration enforcement actions at issue, the relevant administrative guidance issued by DHS, and the factual content contained in DPS's exhibits, which alone total nearly 100 pages.  The response is expected to address the four prongs of the preliminary injunction standard with respect to each claim DPS has asserted.  The response is also expected to address several different threshold components of standing (injury, causation, and redressability), and other matters bearing on the Court's jurisdiction—including several matters not discussed at length in DPS's TRO Motion.  The anticipated response also will address aspects of the claims asserted under the Administrative Procedure Act and the Freedom of Information Act.  Given the importance of the issues raised in the TRO Motion, Defendants submit that it is important for Defendants to be able to address all of these issues in their response.  Defendants anticipate needing 13,000 words to address these issues.

    4.     The Court's individual judicial practice standards specify that motions for preliminary injunction and related responses "shall not exceed 5,500 words," but permit a party to file a motion to seek to exceed the word limitation no later than three business days before the paper is due.  DDD Civ. P.S. III(A)(2), (5).  For the reasons set forth above, Defendants

---

[1]  DPS filed its TRO Motion and motion seeking to file excess pages before this case was assigned to Judge Domenico.  *See* Doc. 8 (reassignment order, dated 2/13/25).  To the extent that the Court has not ruled on DPS's motion for leave to file excess pages, Doc. 3, Defendants do not oppose that motion.  Defendants note that, because the motion was filed before this matter was assigned to Judge Domenico, the motion should be construed as a motion for leave for excess words, not excess pages, per Judge Domenico's Practice Standard III(A)(5).

seek leave to file a response of up to 13,000 words to support their positions on these various issues.

5.   Pursuant to D.C.COLO.LCivR 7.1(a), counsel for the parties conferred regarding this motion, which is unopposed. Counsel for DPS indicated that it anticipates that it may need to seek leave to exceed the Court's default word limit for its reply brief, due next week. Defendants do not anticipate opposing such motion.

WHEREFORE, Defendants request that the Court grant leave to file a response brief of up to 13,000 words.

Respectfully submitted on February 18, 2025.

J. BISHOP GREWELL
Acting United States Attorney

s/ Thomas A. Isler
Kevin Traskos, Civil Division Chief
Nicholas A. Deuschle
**Thomas A. Isler**
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
E-mail: kevin.traskos@usdoj.gov
E-mail: nicholas.deuschle@usdoj.gov
E-mail: thomas.isler@usdoj.gov
*Counsel for Defendants*

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

s/ Thomas A. Isler
**Thomas A. Isler**

CERTIFICATE OF SERVICE

I certify that on February 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record, including:

Claire Eleanor Mueller, Esq.
Tess Hand-Bender, Esq.
Emily Lauren Wasserman, Esq.
*Counsel for Plaintiff*

s/ Thomas A. Isler
***Thomas A. Isler***
Assistant United States Attorney