**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States
Department of Homeland Security; and DEPARTMENT
OF HOMELAND SECURITY, in their official
capacities,

    Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED WORD LIMITATION**

---

Plaintiff Denver Public Schools ("DPS" or "Plaintiff"), by and through counsel, Davis Graham & Stubbs LLP, submits this Unopposed Motion to exceed the Court's default word limitation for its Reply in Support of Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction ("Reply"). Plaintiff seeks leave to file a Reply of up to 11,500 words to adequately address all legal issues Defendants Kristi Noem and Department of Homeland Security (collectively "Defendants") raised in their response to Plaintiff's Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction ("PI Motion"). There is good cause for this motion.

## **MOTION**

    1.    On February 12, 2025, DPS filed its Complaint in this action and the PI Motion seeking, among other things, a preliminary injunction against Defendants' arbitrary and

capricious rescission of a 2021 memorandum by former Secretary Alejandro Mayorkas ("2021 Memo"), which identified specific areas that are "protected" or "sensitive" areas where, as a general matter, the government could not engage in immigration enforcement activities.

2. On February 18, 2025, Defendants filed an unopposed motion to exceed the Court's word limitation as to their response to Plaintiff's PI Motion. *See* Doc. 20 at 3. The Court granted Defendants' motion on February 19, 2025. See Doc. 21.

3. On February 21, 2025, Defendants filed their response. *See* Doc. 24 at 46. Defendants' response is 46 pages long and approximately 13,000 words, consisting almost entirely of legal briefing. *See Id.*

4. Plaintiff will file its Reply by February 28, 2025. Plaintiff intends to respond to Defendants' arguments which include four separate challenges to DPS's standing to bring its claims, as well as challenges to all four prongs of DPS's claim for preliminary injunction. Given the breadth of Defendants' arguments, and the importance of the issues at stake, Plaintiff anticipates needing 11,500 words to adequately Reply to Defendants' response.

5. The Court's Individual Judicial Practice Standards ("Standards") provide that a reply in support of a motion for preliminary injunction "shall not exceed 2,700 words." DDD Civ. P.S. III(A)(2). The Standards also provide, however, that a party may request to exceed the word limitation by motion filed no later than three business days before the reply is due. *Id.* at § III(A)(5).

6. Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Plaintiff conferred with Defendants' counsel regarding this motion. Defendants' counsel does not oppose the relief sought herein.

WHEREFORE, Plaintiff requests that the Court grant it leave to file a Reply of up to 11,500 words.

Respectfully submitted on February 25, 2025.

*s/   Emily L. Wasserman*
Tess Hand-Bender, Esq.
Emily L. Wasserman, Esq.
Claire E. Mueller, Esq.
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO  80205
Telephone:   303.892.9400
Facsimile:    303.893.1379
tess.hand-bender@davisgraham.com
emily.wasserman@davisgraham.com
claire.mueller@davisgraham.com

*Attorneys for Plaintiff Denver Public Schools*

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

s/   *Emily L. Wasserman*