# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS

Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity, and DEPARTMENT OF HOMELAND SECURITY,

Defendants.

## ENTRY OF APPEARANCE OF NICHOLAS MOSKEVICH, ESQ.

TO: THE COURT AND ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Nicholas Moskevich, Esq. of the law firm of Davis Graham & Stubbs LLP hereby enters his appearance on behalf of Denver Public Schools.

Respectfully submitted this 27th of February 2025.

*s/ Nicholas Moskevich*
Nicholas Moskevich, Esq.
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone:  303.892.9400
Facsimile:   303.893.1379
nick.moskevich@davisgraham.com

*Attorneys for Plaintiff Denver Public Schools*