**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-474-DDD-KAS

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security; and DEPARTMENT OF HOMELAND SECURITY, in their official capacities,

    Defendants.

---

**ENTRY OF APPEARANCE OF BROOKE ROGERS, ESQ.**

---

TO: THE COURT AND ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Brooke Rogers, Esq. of the law firm of Davis Graham & Stubbs LLP hereby enters her appearance on behalf of Denver Public Schools.

Respectfully submitted this 27th of February 2025.

*s/ Brooke Rogers*
Brooke Rogers, Esq.
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: 303.892.9400
Facsimile: 303.893.1379
brooke.rogers@davisgraham.com

*Attorneys for Plaintiff Denver Public Schools*