**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS

Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity, and DEPARTMENT OF HOMELAND SECURITY,

Defendants.

---

**ENTRY OF APPEARANCE OF STEPHEN A. SNOW**

---

TO: THE COURT AND ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Stephen A. Snow of the law firm of Davis Graham & Stubbs LLP hereby enters his appearance on behalf of Denver Public Schools.

Respectfully submitted this 27th day of February 2025.

*s/ Stephen A. Snow*
Stephen A. Snow
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: 303.892.9400
Facsimile: 303.893.1379
stephen.snow@davisgraham.com

*Attorneys for Plaintiff Denver Public Schools*