# EXHIBIT 21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, in her official capacity as
Secretary of the United States Department of
Homeland Security, and
DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

## SUPPLEMENTAL DECLARATION OF LANEY SHALER

I, Laney Shaler, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to best of my knowledge.

1. I am a Senior Advisor, Office of Schools employed with Denver Public Schools District ("DPS"). As my role as Senior Advisor, I am tasked with strategic management and implication of DPS's mission. I work closely with DPS personnel to lead district-wide efforts to ensure that everyone within DPS, from students to teachers, to parents, are able to fully participate in DPS's education mission.

2. Recently I have been tasked with being the Operations Manager to manage DPS's responses to any actions by the current federal government administration that may touch on or affect DPS and the schools within the DPS District.

3. On or around January 21, 2025, I was made aware that the Department of Homeland Security ("DHS") had rescinded the Protected Areas Policy and that DHS and Immigration and Custom Enforcement ("ICE") or other federal agents would now be allowed to

conduct immigration enforcement activities near, around, or on school premises, or in other areas where our students gather in order to access school.

4. Since recission of the Protected Areas Policy, DPS employees have had to dedicate considerable time and energy in responding to various issues directly related to the rescission.

5. DPS dispatches its Climate and Safety Response Team ("CSRT") in response to every report it receives regarding immigration enforcement actions at or near schools. DPS maintains records of when and where the CSRT is dispatched in the normal course of business. I am familiar with this data and how it is collected and stored. I reviewed those records in connection with providing this Declaration.

6. Since January 21, 2025, CRST has had to respond to numerous false reports of immigration enforcement actions, including:

(a) January 22, 2025 – reports of immigration enforcement activity at Rocky Mountain Prep Green Valley Ranch Middle School.

(b) January 30, 2025 – reports of immigration enforcement activity at West High School.

(c) February 5, 2025 – reports of immigration enforcement activity at College View Elementary School.

(d) February 6, 2025 – reports of immigration enforcement activity at 888 S. Oneida St. Address is 0.6 miles from Denver Green School and 1.1 miles from McMeen Elementary School.

(e) February 6, 2025 – reports of immigration enforcement activity at Lake Middle School.

2

(f) February 11, 2025 – reports of immigration enforcement activity at Yale Avenue and South Quebec St. Address is 0.9 miles from Rocky Mountain Prep Creekside Elementary School, 1.1 miles from Holm Elementary School, and 1.1 miles from Ellis Elementary School.

7. Responding to each report takes CSRT at least one hour of operational work, however, the time required to respond can be much longer depending on the circumstances.

8. Prior to the rescission of the Protected Areas Policy, DPS had not received any reports of immigration activities at its schools during the 2024-2025 school year.

9. DPS maintains records of school attendance in the regular course of its business. I am familiar with this data and how it is collected and stored.

10. I have reviewed DPS's attendance data to try to understand what, if any impact, the rescission of the Protected Areas Policy may have had on school attendance.

11. Since the recission of the Protected Areas Policy, there has been a noticeable decrease in school attendance across all schools. For example, there has been a 3% decrease in attendance across all schools in February 2025 as compared to February 2024.[1] There has also been an 8% increase in chronic absenteeism–which means a student has attended school less than 90% of the time–across all schools in February 2025 as compared to February 2024.

12. Several schools in areas with large populations of new-to-country families have seen an even larger decrease in attendance in February 2025 as compared to February 2024. For example:

(a) Abraham Lincoln High School saw a 4.77% decrease in attendance.

(b) Montbello Middle School saw a 3.60% decrease in attendance.

---

[1] That compares February 1 – 27, 2025 against February 1 – 28, 2024.

3

   (c) Newlon Elementary School saw a 4.21% decrease in attendance.

   (d) Place Bridge Academy saw a 4.57% decrease in attendance.

  13. It is my impression that at least some of this drop in attendance is due to the rescission of the Protected Areas Policy.

Denver, Coloardo

February 28, 2025

*Laney Shaler*
_____
Laney Shaler

4