# EXHIBIT 22

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS

      Plaintiff,

v.

KRISTI NOEM, in her official capacity as
Secretary of the United States Department of
Homeland Security, and
DEPARTMENT OF HOMELAND SECURITY,

      Defendants.

## DECLARATION OF MATT MEYER

I, Matt Meyer, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am a Fourth Grade Teacher at the Denver Green School – Southeast, school in Denver, Colorado (the "School"). The School is part of the Denver Public School District ("DPS"), and educates students in Kindergarten through Eighth Grade.

2. I began teaching in 2008 and have worked either as a teacher or in school administration ever since. I have approximately eleven years of in-classroom experience. I have been employed by DPS since 2016, and I have been at the School for four years.

3. As a Fourth Grade Teacher, I am tasked with educating, supervising, and ensuring the safety and well-being of the students in my classroom, as well as the other students at the School.

4. I speak Spanish and English.

5. On or around January 21, 2025, I was made aware that the Department of Homeland Security ("DHS") had rescinded the Protected Areas Policy.

6. After the rescindment of the Protected Areas Policy, I participated in an all-staff meeting where we discussed DPS's new school protocols related to responding in the event that federal immigration agents came to a DPS school.

7. Approximately two weeks later, on Wednesday, February 5th, 2025, I had a "planning day" scheduled. A "planning day" is a day where I receive substitute coverage for my classroom to allow me to focus on other tasks related to my students. On February 5, 2025, I intended to work on intervention plans for students that I was concerned were not making sufficient academic progress.

8. At 7:13 AM, I received a text message from my school leader informing me that ICE was conducting an immigration raid at the Cedar Run Apartments ("Cedar Run").

9. Many School students live in Cedar Run.

10. I quickly left my house to go to the School. Instead of taking my normal route, I drove out of my way to observe the situation at Cedar Run. There, I saw a large number of federal agents surrounding the complex. I watched as a car stopped and let out a boy who appeared to be a middle school student. The boy started walking towards the DPS bus stop or the stairs that some students take to School. However, boy's path to both the School and DPS bus stop was blocked by federal agents.

11. I continued on and arrived at the School. When I arrived, I learned that because of the raid, two students had walked to school and arrived at school hours before the doors opened.

- 2 -

12. I then met with several teachers and school leaders and shared the information that I had.

13. We planned the best way to get students to the School. School leaders shared that members of the DPS Safety and Security team had gone to Cedar Run to clear a path for the DPS school bus to pick up students.

14. I suggested that I be dropped off at Cedar Run so that students would see a familiar adult on the bus and to ensure that there be at least one staff member who speaks Spanish.

15. Rachel Rosenberg, another teacher, and I were driven to Cedar Run. On the way, I called the Safety and Security team, who put me in contact with the DPS officer who had gone to the site. This officer informed me that Federal agents were blocking the bus route, and that the school busses would not pick up students at that location. I contacted school leaders to see if we could communicate to our students at Cedar Run that there would not be a bus coming to pick them up. A school leader responded that there was not.

16. When we arrived back at Cedar Run, Ms. Rosenberg and I walked to the normal bus stop to see if any students were waiting.

17. In the spot where there would normally be a DPS school bus, there was a prison transport bus.

18. In addition to the prison transport bus, there were two armored vehicles parked alongside and several teams of heavily armed agents. Most of the agents had their faces covered. Many of the agents were not dressed as typical police officers. They looked more like soldiers with body armor and rifles.

- 3 -

19. Several other individuals were in this area. Some informed the federal agents that they were residents and asked the agents if they could enter their homes. An agent responded that no one could enter or leave.

20. Around 8:30 AM, we saw the DPS school bus that picks up School students arrive and attempt to turn towards the bus stop. Federal agents turned the school bus away.

21. The bus turned away and briefly parked just off of the main road. I approached the bus and showed my DPS identification. There were students on the bus. The school bus driver responded that she could not open the door for anyone. I went to the driver's window and told her that I was a teacher at the School. The bus driver appeared frightened. Her hands were shaking. She informed me that she was going to take the students on the bus to the School. Recognizing that no one could enter or exit Cedar Run, Ms. Rosenberg and I began to walk back to the School.

22. We arrived at the School right as students were coming inside. I went to my classroom to ensure the safety and well-being of my students.

23. My classroom starts each day with a morning circle. I noticed that about one third of my students were absent and a number of the students who were present were crying.

24. This situation was uniquely challenging. Many students had seen the federal agents and felt scared for themselves, their families, and their friends. Other students, who I assume are children of native-born parents and are U.S. citizens, largely did not understand what was happening. Although I am trained in responding to traumatic situations, I struggled to answer questions while reassuring students who were directly affected.

25. I explained to my students that that there had been a lot of police officers at Cedar Run and, as a result, a lot of their classmates were not able to come to school.

26. One student asked why others were crying. I said that they were worried that their family or friends might have been taken by the police, and that what I had seen that morning was scary—even for me as an adult.

27. Another student asked if the police came to Cedar Run because Hispanic people live there. I do not remember how I answered this question because I was struggling not to cry at that point.

28. I told students that if they have questions about what happened, they should speak with an adult. I said that we were going to move forward with school as best we could, because that is why their families send them to School. However, I knew that this situation greatly impacted each student's ability to learn and focus, whether that student was directly impacted by the immigration enforcement activities or not.

29. I took attendance with my voice shaking. I noticed that we had many Latino students who were not present.

30. During my lunch break, I saw a sixth-grade student arrive at the School with an adult. I assume, but do not know, that the adult was the student's mother. The adult reported that the student was arriving late because they were told that they could not leave their apartment for several hours. Although we do not ask, it is my understanding that the student and her family are United States citizens.

31. Another family reported that their son, a fourth-grade student, watched federal agents handcuff his father, even though the father has legal status in the United States.

32. Throughout the day, students continued to express concerns and show signs of worry.

33. We kept students inside during recess, because we did not know if federal agents would come onto the school grounds.

34. At the start of math, one of my students asked me if "immigration" was going to his apartment complex. I told him that I did not know. I then asked him what he was thinking. The student asked me if his mom would still be there when he got home. I told him that I hoped she would be. I told him that the best thing that he could do now was to focus on school, but I knew that his ability to learn—and my ability to teach—was severely impaired.

35. Although I had substitute coverage for the day, given the trauma the students were experiencing, I spent most of the day in my classroom with them instead of taking my planning time. Losing this planning time pushed back my review of intervention plans by several weeks.

36. The impacts of the raid and fears of immigration activities at school have been ongoing and significant.

37. On February 6, 2025, we had a staff meeting to discuss the events of the prior day. During the meeting we discussed how to respond to the ongoing fears and stress that students were experiencing.

38. At family conferences the week after the Cedar Run raid, several families asked me if agents could come to the School, and asked how we would respond.

39. I shared DPS protocol for how the School would respond to a raid at the school, but I could not assure these families that the school is a safe space.

- 6 -

40. One family was worried because, while they had legal status, they feared that their children would be taken from the School if the School could not adequately demonstrate the status of their children.

41. At least two families of fourth grade students reported to my co-teacher that their students were afraid to come to school, which impacted their attendance.

42. Another family described the fear and lack of a feeling of safety that they were experiencing as a result of the raid.

43. Even if a raid does not occur on school property, based on my conversations, it is clear to me that the fear created by the change in policy regarding enforcement action at schools has a negative impact on my ability to provide an effective learning environment and impactful instruction for all of my students, regardless of immigration status.

44. In addition, following February 5, attendance was significantly lower for the next few days. Attendance has continued to be lower in the following weeks.

45. When students miss school, it is a significant problem for numerous reasons. First, an individual's attendance is a major predictor of their academic success. Second, decreases in attendance not only impact the absent students, but the entire classroom as well. When students miss school, faculty devote significant resources to reaching out to family in order to solve the barriers keeping the student from attending. The staff leading these efforts are often mental health workers who could be spending that time supporting students directly. Additionally, when students miss school, it becomes more challenging for me to lead engaging lessons because a group of students are not ready for the activity. Thus, I am forced to choose between either repeating prior lessons (thereby harming those students who were present) or

moving ahead and risk leaving the absent student behind. The negative effect of absences on academic growth is particularly noticeable during complex or hands-on lessons, which are things the School and I pride ourselves in offering to students. Finally, students who attend school inconsistently often have behavioral issues when they are at school. I have seen this with some students who were directly impacted by immigration enforcement activities, and it impacts the overall school culture.

46. In short, decreased or inconsistent attendance directly hampers my ability to effectively educate all of the students in my classroom and has long lasting negative impacts on all students, regardless of their immigration status.

47. For these reasons, improving attendance is a major improvement strategy at the district level.

48. Through my experience and observations as an educator, I have also observed that when students experience a stressor, regardless of cause, it detracts from their capacity to focus on school activities and learn. In addition, the stress that the student is feeling often manifests itself as behavioral issues. These behavioral issues have a negative educational impact on all students in the classroom—even those who may not be directly affected by the stressor.

49. The Cedar Run raid occurred during ACCESS testing, which is when all students in multilingual programming are assessed in their ability to read, write, listen, and speak in English. The immigration enforcement activities disrupted this process and cost the School an additional week of small group instruction time.

50. My job, as a public-school educator, is to care for all of my students. In response to the recission of the protected areas policy and increased immigration enforcement activities, I

- 8 -

have had to divert significant time from standard educational activities towards working to get students back in school and providing them with additional support while they are there.

51. I have seen that many of my students have hurdles in their lives that already make learning difficult. By sending a clear and unnecessary message that protections for schools have been removed, DHS has now created yet another hurdle.

Denver, Colorado

February 27, 2025

*Matt Meyer*

———————————————

Matt Meyer

- 9 -