# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, in her official capacity as
Secretary of the United States Department of
Homeland Security, and
DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

## DECLARATION OF RACHEL ROSENBERG

I, Rachel Rosenberg, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am a second-grade teacher at the Denver Green School in Denver, Colorado (the "School"). The School is part of the Denver Public School District ("DPS") and educates students in kindergarten through eighth grade.

2. I have been employed by DPS as a teacher for the last thirty years. I have been working at the Denver Green School as a second-grade teacher for the last five years. I teach math and science at the School.

3. As a second-grade teacher, I manage two classrooms of thirty-three students each, a total of sixty-six students are under my care. I am responsible for educating, supervising, and safeguarding the well-being of all my students.

0410990048-394089476-208/0.19

4. On or around January 21, 2025, I was made aware that the Department of Homeland Security ("DHS") had rescinded the Protected Areas Policy and that there was now little or no oversight and regulation of federal immigration enforcement activities near, around, or on school premises, or in other areas where our students gather in order to access school.

5. As detailed below, the rescindment and the accompanying increased anxiety and absenteeism has directly affected my ability to educate my students.

6. For example, as teachers at the School, we regularly attend regular professional development trainings, which are normally dedicated to discuss educational matters such as improving the math and reading programs and addressing methods to keep students engaged in the classrooms. However, since the rescission of the Protected Areas Policy, some of our professional development trainings instead focused on training teachers on what to do if ICE officers came to School. I attended in-person training in that regard, and also received materials from DPS, sent to teachers and staff, that provided more information on how to handle potential immigration enforcement activity at the School.

7. In addition to these staff trainings, the School also held an open house for students and parents to provide a "know your rights" training and explain the implications of the new immigration policy.

8. Overall, since the rescission of the Protected Areas Policy, there has been a noticeable rise in absent students at the School, which has made it difficult for teachers, including myself, to maintain a stable learning environment.

9. Additionally, there has been a rise in fear from teachers and staff at the School, including myself, who are concerned for the well-being of our students.

10. On the morning of February 5th, 2025, I arrived at the School around 7:00 a.m. as I normally do on every school day.

11. Around 7:30 a.m., other teachers at the School informed me that ICE agents were conducting immigration raids at Cedar Run Apartments ("Cedar Run"). Many of our students live at Cedar Run because the apartment complex is less than a mile away from the School.

12. I met with several teachers, including Matt Meyer, and we had learned there was a concern that the ICE raid at Cedar Run would interfere with students getting on the school bus. We decided it would be best for someone to be present at Cedar Run to determine what was actually happening on site.

13. Shortly thereafter, Mr. Meyer and I were driven to Cedar Run to make sure that our students were safe and that the DPS school bus had a clear path to pick students up.

14. When we arrived at Cedar Run around 8:00 a.m., we clearly saw that the entrance to the apartment complex was blocked off by ICE agents. No vehicles could enter the complex.

15. On site at Cedar Run, there were about twenty ICE agents dressed in full riot gear, with most of their faces covered by neck gators and glasses, and brandishing weapons.

16. In place of where there would normally be a DPS school bus to pick up students, there was an ICE transportation bus for detainees. Patrolling the ICE bus was an ICE agent fully equipped in combat-like attire displaying his assault rifle across his chest.

17. When the DPS school bus arrived at Cedar Run, the bus was not able to enter the complex nor stop at its designated bus stop because the ICE transportation bus was there. Mr. Meyer had to inform the school bus driver what was happening, and the DPS school bus had to leave because it could not enter Cedar Run. No students from Cedar Run were able to get on the school bus to attend school that day.

3

18. I was completely shocked by the show of military force of ICE agents at Cedar Run. As an adult, the scene of heavily armed ICE officers in apparent military-like gear seeking to detain people and transport them on ICE busses was extremely chilling. I had never witnessed a scene like that before.

19. After realizing that none of the students from Cedar Run would come out or be able to ride the school bus, Mr. Meyer and I headed back to the School around 8:30 a.m.

20. After witnessing the chaos of the ICE raid at Cedar Run, I arrived back at School startled and concerned for the safety of my students.

21. When the first bell rang for class at 8:45 a.m., I opened my classroom doors and students began to trickle in.

22. I noticed that about half of my students in both classes were absent that day. I tried to teach class as I would normally do, but this day was not a normal day of school.

23. For example, despite the weather being nice and warm, we had indoor recess to protect our students instead of letting them play outside as we normally do.

24. My second-grade students knew something was not normal and were asking questions about why they had to play indoors. I simply told them we had to be indoors to ensure everyone's safety.

25. Throughout the day, the morale of staff was very low. Most teachers, including myself, were extremely concerned for the safety of our students and could not help worrying whether we would see certain students again.

26. At the end of the school day, staff and teachers had to be more vigilant about who was picking up students.

4

27. The following day, Thursday February 6th, attendance was notably less than Wednesday.

28. The impact of a high volume of absentee students cannot be overstated. When students are consistently absent from school, it makes it extremely difficult for teachers like myself to effectively teach the students and maintain a stable learning environment.

29. For example, when students are absent, it impacts all students and the overall culture of my classroom. For example, it is harder for students to stay engaged in learning when they are absent themselves *or* when their classmates are absent. When students in my classroom are absent, it makes it much more difficult to keep them up to date with their education because I have to dedicate a lot of time catching students up. This is especially difficult in the subject of math when the lessons build on each other. In addition, catching absent students up with their lessons distracts from my ability to educate those students who were present.

30. Many of my second-grade students are new to this country and I have seen that the majority of my absent students since the rescindment are new to this country.

31. When students are absent from class, their overall learning process is stagnated and it requires a lot more effort as a teacher to make sure each student staying engaged in their education and is progressing in their lessons.

32. Overall, since the recission of the Protected Areas Policy and increased immigration enforcement activities around the School, I have seen teachers and staff, including myself, having to divert time and energy that is usually spent educating our students towards addressing the consequences of the rescindment, including but not limited to the high volume of absent students.

5

Denver, Coloardo

February 27, 2025

*Rachel Rosenberg* (signature)

Rachel Rosenberg