# EXHIBIT 24


U.S. Department of Homeland Security

# DHS Announces Nationwide and International Ad Campaign Warning Illegal Aliens to Self-Deport and Stay Out

**Release Date:** February 17, 2025

*"Under President Trump, America's borders are closed to lawbreakers." - Secretary Noem*

WASHINGTON - Today, Secretary Kristi Noem announced a nationwide and international multimillion-dollar ad campaign warning illegal aliens to leave our country now or face deportation with the inability to return to the United States. The international ads warn criminal illegal aliens not to come to America and break its laws or they will be hunted down and deported.

This series of ads will run on radio, broadcast, and digital, in multiple countries and regions in various dialects. Ads will be hyper-targeted, including through social media, text message and digital to reach illegal immigrants in the interior of the United States, as well as internationally.

*"Thank you, President Donald J. Trump, for securing our border and putting America first. President Trump has a clear message: if you are here illegally, we will find you and deport you. You will never return. But if you leave now, you may have an opportunity to return and enjoy our freedom and live the American Dream,"* said Secretary Kristi Noem. *"If you are a criminal alien considering entering America illegally: Don't even think about it.  If you come here and break our laws, we will hunt you down. Criminals are not welcome in the United States."*

## Domestic Ad



0:00 / 1:00            Speed: 1x            Paused

View Original "Warning - Domestic" video (/medialibrary/assets/videos/58918)

# International Ad



0:00 / 1:00    Speed: 1x    Paused

View Original "Warning - International" video (/medialibrary/assets/videos/58917)

## Topics

BORDER SECURITY (/TOPICS/BORDER-SECURITY)    SECRETARY OF HOMELAND SECURITY (/TOPICS/SECRETARY-HOMELAND-SECURITY)

IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

BORDER SECURITY (/KEYWORDS/BORDER-SECURITY)    DEPORTATION (/KEYWORDS/DEPORTATION)    SECRETARY KRISTI NOEM (/KEYWORDS/SECRETARY-KRISTI-NOEM)

IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)

Last Updated: 02/18/2025