# EXHIBIT 25



CHALKBEAT CHICAGO

DONATE

*Essential education reporting in Chicago*

COMMUNITIES ⌄     JOBS BOARD     EVENTS     ABOUT US

IMMIGRATION     CHICAGO'S CHARTERS AND OPTIONS     CHICAGO PUBLIC SCHOOLS

# Person detained by federal immigration officials during school dropoff at Chicago school

By Becky Vevea  and  Reema Amin | February 26, 2025, 7:43pm MST | Updated: February 27, 2025, 4:52pm MST

     REPUBLISH

Privacy - Terms



*Lockers at Erie Elementary Charter School, 1405 N. Washtenaw Ave., in Humboldt Park on April 30, 2024.* |
(Colin Boyle/Block Club Chicago)

*Sign up for Chalkbeat Chicago's free daily newsletter to keep up with the latest education news.*

*This story has been updated with a statement from the U.S. Immigration and Customs Enforcement confirming the arrest.*

Principals at a charter school campus on Chicago's South West side told families Wednesday that an adult who was in a vehicle with two students was detained by federal immigration enforcement officials during school dropoff.

In a letter to families, the administration of Acero Schools' Soto High School and Idar Elementary said they escorted the students into the building away from the scene, which took place at the corner of 51st and St. Louis Ave. in Gage Park.

"We understand how stressful and upsetting this is to our school communities," the two principals, Elizabeth Obrzut and Nicolle Macias, wrote. "Focused support is being made available for those directly impacted by this event. Both schools will have additional social work support available for scholars."

## We're on a need-to-know basis.

Every weekday morning, Chalkbeat Chicago is bringing thousands of subscribers the news on local public schools and education policy that they need to start their day. Sign up for our free newsletter to join them.

Email (required)

SIGN ME UP

*By signing up, you agree to our* Privacy Notice *and European users agree to the data transfer policy. You may also receive* occasional messages from sponsors.

According to the Acero administration, agents from the U.S. Immigration and Customs Enforcement and the Bureau of Alcohol, Tobacco, Firearms and Explosives, also known as ATF, detained an adult in a vehicle outside the schools around 8:15 a.m. The school leaders said the agents did not attempt to enter either school.

A spokesperson for ICE confirmed agents in Chicago arrested Francisco Andrade-Berrera, 37, on Wednesday "without incident." The statement said he is a citizen of Mexico and "a known member of a violent street gang with criminal convictions for drug trafficking, gang loitering, and damage to property" and had been deported twice before in 2005 and 2013.

Collectively, the two Acero schools on the single campus serve more than 1,000 students and 98% identify as Hispanic.

Helena Stangle, Acero's chief culture officer, said the campus staff followed the network's protocols Wednesday and also contacted Chicago Public Schools Office of Safety and Security. She added that Acero administrative staff undergo "intensive training" on what to do in these scenarios and the network provides families with a "Civil Rights Resource Hub."

Last month, the Trump administration ended a policy that treated schools and child care centers as "sensitive" or "protected" locations where immigration enforcement could not take place unless there was an immediate danger to the public.

Yesenia Lopez, the elected school board member representing District 7 where the schools are located, commended the Acero principals and school staff who stepped in to support the students "during such a traumatic moment."

"No child should be afraid of going to school because they fear seeing their parents ambushed during school drop offs," Lopez said in a statement to Chalkbeat. "Our schools should be places of safety and learning, not fear and separation."

Ald. Jeylu Gutierrez, whose ward includes the Acero schools, said the person arrested is a father of three kids, two at Idar and one at Soto. He was dropping the two younger kids off to school when he was arrested, she said. Gutierrez, who said she got in touch with the family, said Wednesday she didn't know why the father was arrested.

"All the family is devastated and the school community," said Gutierrez, who was at a candlelight vigil Wednesday night focused on saving three Acero schools, which serve

a largely Hispanic student population, from closure. She said several families decided not to attend the event to take extra precautions.

When the gathering — hosted in conjunction with the Chicago Teachers Union — ended, union staff told families to watch out for each other.

"Remember your rights," Hilario Dominguez, the union's legislative director, told the crowd. "You don't have to talk to ICE."

The incident during school dropoff Wednesday comes weeks after another Chicago elementary school in Back of the Yards on the city's South West side mistook U.S, Secret Service agents for ICE, prompting a flurry of confusion and fear in the community.

Many of Chicago's South West side neighborhoods are predominantly Latino and home to many immigrants. These communities, like many across the country, have been on high alert since the Trump administration took office and stepped up immigration enforcement.

*Reema Amin is a reporter covering Chicago Public Schools. Contact Reema at ramin@chalkbeat.org.*

*Becky Vevea is the bureau chief for Chalkbeat Chicago. Contact Becky at bvevea@chalkbeat.org.*



The Latest



## A lawsuit over gender dysphoria could upend disability rights law, advocates say

Disability rights groups have raised the alarm about a lawsuit over gender dysphoria, saying it could end longstanding protections in schools and health settings.

By Aleksandra Appleton | Today, 9:50am MST



## NYC's Summer Youth Employment application deadline extended to March 14

The program matches 100,000 young people ages 14-24 with paid job opportunities across New York City.

By Michael Elsen-Rooney | Today, 9:29am MST



## Chicago school board backs relaunching Back to Our Future program to reengage dropouts

The school district will spend up to $25 million on a new version of the program, which was put on hold after a rocky two years last summer.

By Mila Koumpilova | Today, 8:40am MST



## The Indianapolis education community had lots to say about funding, charters, and collaboration

As a bill requiring IPS to share property tax revenue advances, members of the public debated the extent to which different types of schools should receive funding.

By MJ Slaby and Amelia Pak-Harvey | February 27



## Chicago Board of Education approves nearly $4 million in legal settlements

The settlements include $2.7 million for the family of a boy who was beaten by an adult friend of his teacher in the bathroom of a West Side elementary school.

By Becky Vevea | February 27



## Philly's school board rejects 2 charter school applications, citing Trump budget fears

Since it regained control of the district from the state in 2018, the board has not voted to approve a new charter school.

By Dale Mezzacappa |  February 27

### Who We Are

About Us

Code of Ethics

Our Staff

Careers at Chalkbeat

Awards

Our Supporters

### Newsrooms

Chalkbeat

Votebeat

Healthbeat

### Policies

Republishing

Privacy Policy

### Contact

Contact Us

Become a Sponsor

How to Be a Source

Newsletters

   

CHALKBEAT IS A CIVIC NEWS COMPANY NEWSROOM ©2025