IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Civil Action No.: 1:25-cv-00474-DDD-KAS       Date:  March 7, 2025
Courtroom Deputy:  Heidi L. Guerra             Court Reporter: Kevin Carlin

| Parties: | Counsel: |
|---|---|
| DENVER PUBLIC SCHOOLS, | Brooke M. Rogers |
|  | Claire E. Mueller |
|  | Hannah McCrory |
| Plaintiff, | Nicholas Moskevich |
|  | Stephen A. Snow |
|  | Tess Hand-Bender |
| v. | Emily L. Wasserman |
|  |  |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity, and DEPARTMENT OF HOMELAND SECURITY, | Katherine Ann Ross |
|  | Kevin Thomas Traskos |
|  | Nicholas Albert Deuschle |
|  | Thomas Alan Isler |
| Defendants. |  |

**COURTROOM MINUTES**

**MOTION HEARING**

**2:01 p.m.     Court in session.**

Appearances of counsel.

The Court raises the [2] Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction for argument.

Plaintiff's argument made by Ms. Mueller.

Defendants' argument made by Mr. Traskos and Mr. Isler.

Plaintiff's rebuttal argument made by Ms. Mueller.

**3:27 p.m.     Court in recess.**

1

**3:39 p.m.**     **Court in session.**

**ORDERED:**    The [2] Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction is DENIED as stated on the record.

**3:51 p.m.**     **Court in recess.**

<u>**Hearing concluded. Total in court time:**     **1:38**</u>