IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS,

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity, and
DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    IT IS HEREBY **ORDERED** that a Status Conference is **SET** for **April 30, 2025**, at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.

    The purpose of the Status Conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed. *If no discovery is needed*, then the parties shall submit a proposed Joint Case Management Plan for petition for review of agency action seven days prior to the Status Conference. *See* D.C.COLO.LAPR 16.1(a).

    Dated: March 14, 2025