IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS,

    Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, and
DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

## MOTION BY DEFENDANTS TO
## WITHDRAW KEVIN TRASKOS AS COUNSEL

Defendants Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security, and the Department of Homeland Security move pursuant to D.C.COLO.LCivR 5(b) to withdraw Kevin Traskos as counsel for Defendants in this action.[1] Good cause supports this motion. Assistant U.S. Attorneys Nicholas A. Deuschle, Thomas A. Isler, and Katherine A. Ross have appeared as counsel for Defendants and will continue to represent Defendants in this action going forward.

---

[1] Per D.C.COLO.LCivR 7.1(b)(4), no conferral is required for this motion.

Respectfully submitted on March 31, 2025.

                J. BISHOP GREWELL
                Acting United States Attorney

                *s/Kevin Traskos*
                Kevin Traskos
                Nicholas A. Deuschle
                Thomas A. Isler
                Katherine A. Ross
                Assistant United States Attorneys
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, CO 80202
                Telephone: (303) 454-0100
                E-mail: kevin.traskos@usdoj.gov
                E-mail: nicholas.deuschle@usdoj.gov
                E-mail: thomas.isler@usdoj.gov
                E-mail: katherine.ross@usdoj.gov
                *Counsel for Defendants*

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(2).

                *s/Kevin Traskos*
                Kevin Traskos

## CERTIFICATE OF SERVICE

I certify that on March 27, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record, including:

Claire Eleanor Mueller, Esq.
Tess Hand-Bender, Esq.
Emily Lauren Wasserman, Esq.
Brooke M. Rogers, Esq.
Hannah McCrory, Esq.
Nicholas Moskevich, Esq.
Stephen A. Snow, Esq.
*Counsel for Plaintiff*

                                                           s/Kevin Traskos
                                                           **Kevin Traskos**