IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS,

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity, and
DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendants' **Motion to Vacate the Joint Case Management Plan Deadline** [#47] (the "Motion"). Although the Motion is opposed and Plaintiff has not yet filed a Response, the Court may rule on a Motion at any time after it is filed. *See* D.C.COLO.LCivR 7.1(d).

    IT IS HEREBY **ORDERED** that the Motion [#47] is **GRANTED** to the extent that the April 23, 2025 deadline to file a Joint Case Management Plan is **VACATED**.

    In addition, the Court finds it most efficient to continue the Status Conference until after Defendants' answer or other response to the Amended Complaint is due. Accordingly,

    IT IS FURTHER **ORDERED** that the Status Conference set for April 30, 2025, at 10:30 a.m. is **VACATED** and **RESET** to **May 28, 2025**, at **1:00 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado

    Dated: April 22, 2025