IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS,

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity, and
DEPARTMENT OF HOMELAND SECURITY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Motion to Vacate Status Conference** [#55] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#55] is **GRANTED**. The Status Conference set for May 28, 2025, at 1:00 p.m. is **VACATED**. However, to the extent either or both parties seek a formal stay of discovery in this case pending resolution of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [#52], a motion to stay shall be **promptly** filed.

    Dated: May 23, 2025