# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00474-DDD-KAS

DENVER PUBLIC SCHOOLS

    Plaintiff,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security; and DEPARTMENT OF HOMELAND SECURITY, in their official capacities,

    Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Denver Public Schools and Defendants Kristi Noem, as the Secretary of Homeland Security, and the Department of Homeland Security (collectively the "Parties") by and through their respective undersigned counsel hereby stipulate that all claims asserted by any party in this action are dismissed in their entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees, costs, and expenses with respect to this action.

Dated: June 9, 2025

*s/ Tess Hand-Bender*
Tess Hand-Bender, Esq.
Emily L. Wasserman, Esq.
Claire E. Mueller, Esq.
Brooke M. Rogers, Esq.
Stephen A. Snow, Esq.
Nicholas A. Moskevich, Esq.
Hannah McCrory, Esq.
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: 303.892.9400
Facsimile: 303.893.1379
tess.hand-bender@davisgraham.com
emily.wasserman@davisgraham.com
claire.mueller@davisgraham.com
brooke.rogers@davisgraham.com
stephen.snow@davisgraham.com
nick.moskevich@davisgrahm.com
hannah.mccrory@davisgraham.com

*Attorneys for Plaintiff Denver Public Schools*


J. BISHOP GREWELL
Acting United States Attorney

*s/ Nicholas A. Deuschle*
Nicholas A. Deuschle, Esq.
Thomas A. Isler, Esq.
Katherine A. Ross, Esq.
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303.454.0100
nicholas.deuschle@usdoj.gov
thomas.isler@usdoj.gov
Katherine.ross@usdoj.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

      I certify that on June 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record, including:

Claire E. Mueller, Esq.
Tess Hand-Bender, Esq.
Emily L. Wasserman, Esq.
Brooke M. Rogers, Esq.
Stephen A. Snow, Esq.
Nicholas A. Moskevich, Esq.
Hannah McCrory, Esq.
*Attorneys for Plaintiff*

Nicholas A. Deuschle, Esq.
Thomas A. Isler, Esq.
Katherine A. Ross, Esq.
*Counsel for Defendants*

      s/ *Brigid Bungum*

- 3 -